# Exhibit 3

  Search     Home     My Network     Jobs     Messaging     Notifications     Me ▾     For Business ▾     Try Premium for $0



## Ben Johnson, Pharm.D. ✓

Regional Business Director at Alnylam Pharmaceuticals

Austin, Texas, United States · Contact info

500+ connections


[Connect] [Message] [More]

Alnylam Pharmaceuticals

University of Houston

### About

Strategic leader with a Pharm.D. background and a 19-year track record of top sales and leadership performance in the Biopharmaceutical Industry. Successful history managing teams of 20+ representatives across a 15 state geography, while consistently delivering top 15% sales results over 7 years of leadership. History of developing talent, and creating energetic team cultures that equip and motivate members to perform at their best. Wide range of experience a  ...see more

### Activity

2,784 followers

[Posts] [Comments]

 Ben Johnson, Pharm.D. reposted this • 2mo

We are pleased to share positive topline results from our HELIOS-B Phase 3 study of vutrisiran, an investigational #RNAi therapeutic in development for the treatment of #ATTR #amyloidosis with cardiomyopathy. Read the press release: https://bit.ly/3VvwRtY #RNAiTherapeutics #siRNA

❤️👍 2,236                                                         50 comments

 Ben Johnson, Pharm.D. reposted this • 10mo

A great opportunity to join the Alnylam Rare Disease Team!

Business Account Executive, Rare: Dallas, TX
Job by Alnylam Pharmaceuticals
United States (Remote)

👍 44

Ben Johnson, Pharm.D. posted this • 10mo

A great opportunity to join the Alnylam Rare Disease Team!

Business Account Executive, Rare: Dallas, TX
Job by Alnylam Pharmaceuticals
United States (Remote)

👍 44

Show all posts →

### Experience

 **Regional Business Director, Rare Disease**
Alnylam Pharmaceuticals
Feb 2020 - Present · 4 yrs 8 mos

**Oncology Hospital Account Executive**
Dendreon
Jan 2019 - Feb 2020 · 1 yr 2 mos
South Central

**Alexion Pharmaceuticals, Inc.**
3 yrs 5 mos

　**Regional Sales Director, Neurology Southwest**
　Mar 2017 - Aug 2018 · 1 yr 6 mos
　Austin, Texas Area

　- One of five original RSD's hired by and reporting to the Division VP, for the build out of Neurology Sales Division...
　...see more

　**Regional Account Manager, Hematology, Nephrology, Ultra Rare Disease**
　Apr 2015 - Mar 2017 · 2 yrs

 **Area Reimbursement Manager, Oncology**
Bristol-Myers Squibb
2014 - 2015 · 1 yr
Houston Area, Texas

Charged with expediting access and reimbursement for all Oncology and Immunoscience BMS buy-and-bill products, for the Texas Medical Center (MD Anderson), Houston and the Austin Area.

 **Regional Sales Manager**
Genoptix, Inc.
2013 - 2014 · 1 yr
Western United States

GENOPTIX MEDICAL LABORATORY 2013 - 2014
Regional Sales Manager: Companion Diagnostics/Hematology Division (Chronic Myeloid Leukemia)...  ...see more

Show all 12 experiences →

### Education

---

 Promoted •••

Iam, explore jobs at Alnylam Pharmaceuticals that match your skills

Alnylam Pharmaceuticals
Biotechnology

[See jobs]

**More profiles for you**

 Dr. Yvonne Greenstreet · 3rd+
Chief Executive Officer, Alnylam Pharmaceuticals
[Message]

 Tiffany Garland · 3rd+
U.S. Head of Sales - Alnylam Pharmaceuticals Rare/Ultra-...
[Message]

 Tolga Tanguler 🔗 · 3rd+
Executive Vice President, Chief Commercial Officer at Alnyla...
[Follow]

 Sally Collins · 3rd+
Vice President - U.S. Business Lead TTR at Alnylam
[Message]

 Lisa Larson · 3rd+
Experienced Business Leader - Rare Disease/Orphan...
[Message]

Show all

**People you may know**

 Bhanu Yadav
Honors freshman | Computer Science |at UT Arlington | Cod...
[Connect]

 Marckendy Antenor
Owner at Capture Times Media
[Connect]

 Ingrid Small
...
[Connect]

 Xochillt Martinez
Intern at Project Destined
[Connect]

 Ramon Rodriguez 🔗
Founder @ Data Capture Service | Virtual Imaging Tours
[Connect]

Show all

**You might like**
Courses for you

 UX Foundations: Multidevice Design
Skills: User Experience (UX), Cross-platform Development
1h 8min
[Save]

 Setting Up Psychological Safety in One-on-One Meetings
Skills: Conducting Meetings, Psychological Safety
29min
[Save]



**University of Houston**
Doctor of Pharmacy
1997 - 2001
Grade: Dean's List

Activities and societies: - Society of Industrial Pharmacy Students: Founding President - Omicron Delta Kappa
National Leadership Honor Society: President - Who's Who Among Students in American Universities    ...see more

Accomplishments:
- Founder and President: Society of Industrial Pharmacy Students "SIPS"...    ...see more

Show all

Promoted ···

**Online Bachelor's Degrees**
Take one 5-week class at a time at UAGC.
Apply for free today!

**Get Aluminum Deck Planks**
Quality aluminum deck planks & boat
dock boards. Get Double Discounts!

**Personalized AI Writing**
Save time and enhance your professional
writing with Grammarly. Try it now!

## Skills

**Hospital Sales**

Endorsed by Mike Bolinder and 4 others who are highly skilled at this

Endorsed by 4 colleagues at  Bristol Myers Squibb

35 endorsements

**Cardiology**

Endorsed by Mark Warrington and 6 others who are highly skilled at this

Endorsed by 2 colleagues at  Dendreon

46 endorsements

Show all 44 skills →

## Recommendations



**Received**    Given

**Leslie May**
Institutional Account Manager
June 18, 2018, Leslie reported directly to Ben

Ben Johnson was my manager with Alexion.

I have been working in this industry for 24 years and have never had the privilege of working with a more talented manger.

Ben is the rare exception of medical knowledge, constructive conversation and enthusiasm that is extremely special. During product launch, for a new indication in rare disease, Ben was always available for questions and counsel regardless of time. He was able to explain complicated concepts fluently and his enthusiasm t    ...see more

**Carlos Crawford** 🔗
VP Sales | Pharma-Biotech | Medical Device | Consultant | Investor | Pilot
February 20, 2014, Carlos managed Ben directly

Ben Johnson reported to me for nearly 5 years at Eli Lilly and Company. During this time I've had the privilege of watching Ben grow into a highly respected sales leader. He is a leader of the highest honesty,integrity and trustworthiness. Ben is an exceptional motivator and team player who brings out the very best in his direct reports and peers. Ben has a unique ability think broadly and strategically while at the same time he comfortable in the details of execution. He was a highly sought after mentor by those more junior in the organization as well as his peers. I enthusiastically recommend Ben Johnson as a highly effective leader.

Show all 7 received →

## Honors & awards

**Founders Club Award**
Issued by Alexion Complement Division · Dec 2017

Associated with Alexion Pharmaceuticals, Inc.

**Promotion to Senior Sales Manager**
Issued by Lilly Cardiovascular Division · Mar 2013

Associated with Eli Lilly and Company

Achieved Senior level management status in just 4 years

Show all 7 honors & awards →

## Interests

**Top Voices**    Companies    Groups    Schools



**Jeff Haden** 🔗
Speaker, Inc. Magazine contributing editor, author
of THE MOTIVATION MYTH, ghostwriter.
1,011,235 followers

+ Follow

About

Professional Community Policies

Privacy & Terms ▾

Sales Solutions

Safety Center

Accessibility

Careers

Ad Choices

Mobile

Talent Solutions

Marketing Solutions

Advertising

Small Business

❓ Questions?
Visit our Help Center.

⚙ Manage your account and privacy
Go to your Settings.

🌐 Recommendation transparency
Learn more about Recommended Content.

Select Language
English (English)

LinkedIn Corporation © 2024



**Jane Regan, PharmD** ✓
Medical Science Liaison at Alnylam Pharmaceuticals
Austin, Texas, United States · Contact info
500+ connections

[Connect]  [Message]  [More]

🔹 Alnylam Pharmaceuticals
🔹 University of Kentucky

## Activity
1,359 followers

Jane Regan, PharmD commented on a post • 2mo
Learn as much about the MSL role as possible to prepare yourself for the interview you are hoping to land (learning about the role will also allow you to reflect on if this is the right job for you and why). Listening to podcasts like MSL Talk, reading books including Sam Dyers, and finally networking! Absolutely leverage your existing network, but also meet ...show more

Jane Regan, PharmD commented on a post • 6mo
Congratulations Brandon!

Jane Regan, PharmD commented on a post • 6mo
Congratulations Jenny! Very well deserved

Show all comments →

## Experience

**Medical Science Liaison, Rare Disease**
Alnylam Pharmaceuticals · Full-time
Oct 2023 - Present · 1 yr

**Medical Science Liaison**
Syneos Health · Full-time
Jul 2022 - Oct 2023 · 1 yr 4 mos
Medical Science Liaison at Syneos Health in partnership with Sandoz-Novartis focusing on immunology

**Medical Science Liaison**
Shield Therapeutics plc · Full-time
Jun 2021 - Jul 2022 · 1 yr 2 mos
Medical Science Liaison focused on iron deficiency and iron deficiency anemia in Women's Health, Gastroenterology, and Nephrology

**Pharmacist**
Pharmacy Alternatives · Full-time
Jan 2016 - Jun 2021 · 5 yrs 6 mos
Austin, Texas Area
Primary responsibilities: monitoring drug therapy for appropriate dosing, contraindications, allergies, and interactions. Collaborate with other clinicians in the provision and monitoring of medications and treatments...

**Pharmacist**
CVS Pharmacy · Full-time
May 2013 - Jan 2016 · 2 yrs 9 mos
Austin, Texas Area
Primary responsibilities: monitored drug therapy for appropriate dosing, contraindications, allergies, and interactions. Provided accurate information to counsel patients on OTC and prescription medications ...see more

Show all 14 experiences →

## Education

**University of Kentucky**
PharmD, Pharmacy
2009 - 2013
Activities and societies: Kentucky Alliance of Pharmacy Students (KAPS), Faith Pharmacy Co-Chair, American Pharmacists Association (APhA), Kentucky Pharmacists Association (KPhA), National Community Pharm ...see more

**University of Kentucky**
Doctor of Pharmacy (PharmD), Biology, General
2006 - 2009
Activities and societies: Chem Excel Leader, Pharmacy Team Volunteer at St.Josephs Hospital, and National Society of Collegiate Scholars
I did not complete my biology degree because I was able to complete all of the pre-requisites required for pharmacy school in three years.

## Skills

**Certified Immunizer**
👥 2 endorsements

**Community Pharmacy**
👥 10 endorsements

Show all 14 skills →

## Recommendations

Received    Given

Nothing to see for now
Recommendations that Jane receives will appear here.

## Interests

Companies    Groups    Newsletters    Schools

Walgreens
557,281 followers
[Follow]

CVS Health
889,694 followers
[Follow]

Show all companies →

Promoted •••
Iam, explore jobs at Alnylam Pharmaceuticals that match your skills

Alnylam Pharmaceuticals
Biotechnology
[See jobs]

### More profiles for you


Trevor Guisinger, PharmD, RPh
· 3rd+
Medical Science Liaison at Alnylam Pharmaceuticals
[Message]


Julie Chen, Pharm.D., BCPS
· 3rd+
Lead Medical Science Liaison at Bayer
[Follow]

Rebecca (Seabaugh) Gardner MSN APRN FNP-C
· 3rd+
MEDICAL SCIENCE LIAISON (MSL)
[Message]

Katherine Adams, PharmD, MBA, MSPH
· 3rd+
Medical Science Liaison at Sanofi Vaccines | North...
[Message]


Marcela Castano PharmD,BCPS
· 3rd+
Medical Science Liaison
[Follow]

Show all

### People you may know
From Jane's school


Jeffrey Sexton
President at Demeter Tactical Investments
[Connect]


Anna Tucker
Environmental and Sustainability Studies | Wildlif...
[Connect]


Ryan Landroche
Student at University of Kentucky
[Connect]

Tanmoy Bhattacharya
Area Chair of Economics and Finance at JK Business School
[Connect]

Manon Kondracki
Student at University of Kentucky
[Connect]

Show all

### You might like
Courses for you


Practice Exam 3 for CompTIA A+ (220-1101)
Skills: Computer Networking, Technical Support
6min
[Save]

Windows Server 2019: Active Directory Enterprise Infrastructure
Skills: Enterprise Architecture, Active Directory, Windows...
50min
[Save]

Show all

Promoted •••


Online Bachelor's Degrees
Take one 5-week class at a time at UAGC. Apply for free today!

Your Writing, at Its Best
Grammarly makes sure everything you type is clear and concise. It's free!

About    Accessibility    Talent Solutions    Questions?    Select Language
Professional Community Policies    Careers    Marketing Solutions    Visit our Help Center.
Privacy & Terms    Ad Choices    Advertising    Manage your account and privacy
Sales Solutions    Mobile    Small Business    Go to your Settings.
Safety Center                                            Recommendation transparency
                                                         Learn more about Recommended Content
LinkedIn Corporation © 2024

## Andrew Do, PharmD (He/Him)

Postdoctoral Fellow, US Marketing at Alnylam Pharmaceuticals

Austin, Texas, United States · Contact info

Alnylam Pharmaceuticals

500+ connections

[ Connect ]   [ Message ]   [ More ]

### Featured

**Post**
I'm excited to share the Alnylam Pharmaceuticals...
2024 Alnylam Northeastern PharmD Fellowship Brochure
108

**Post**
The Alnylam fellows are excited to host two webinars on Monday...
FELLOWSHIP WEBINAR
63

**Post**
I am excited to share that I've accepted a Post-Doctoral...
Alnylam PHARMACEU
158 · 43 comments

### Activity
895 followers

**Posts** | Comments

Andrew Do, PharmD reposted this · 2w
The Alnylam fellows are excited to host a webinar on Monday, September 16th at 8PM ET. Join us to learn more about the Alnylam fellowship program, hear from current fellows, and get information on the application process. Register using the QR code or link below. We are excited to meet you!...  ...show more
100

Andrew Do, PharmD reposted this · 10mo
Amazing weekend at the American Heart Association's Scientific Sessions with my marketing co-fellow, Andrew Do, PharmD 🎉
142

Show all posts →

### Experience

**Postdoctoral Fellow, US Marketing, TTR**
Alnylam Pharmaceuticals · Full-time
Jul 2023 - Present · 1 yr 3 mos
Cambridge, Massachusetts, United States

**Adjunct Faculty**
Northeastern University
Jul 2023 - Present · 1 yr 3 mos
Boston, Massachusetts, United States

**Global Medical Affairs/Scientific Communications Extern, Immunology**
Sanofi
Aug 2022 - Sep 2022 · 2 mos
Boston, Massachusetts, United States

**Customer & Market Research Insights Extern, Multiple Myeloma CAR-T**
Bristol Myers Squibb
Jul 2022 - Aug 2022 · 2 mos
Princeton, New Jersey, United States

**Pediatric Inpatient Pharmacy Intern**
Johns Hopkins Medicine · Internship
Jun 2021 - Aug 2021 · 3 mos
Baltimore, Maryland

### Education

**The University of Texas at Austin, College of Pharmacy**
Doctor of Pharmacy - PharmD

### Skills

**Leadership**
3 endorsements

**Communication**
3 endorsements

Show all 3 skills →

### Publications

Community Pharmacists' Counseling Regarding Nicotine Replacement Therapy: A Secret Shopper Study
Journal of the American Pharmacists Association · Nov 30, 2022
[ Show publication ↗ ]

### Interests

**Companies** | Groups | Schools

**Pfizer**
5,968,502 followers
[ + Follow ]

**The Janssen Pharmaceutical Companies of Johnson & Johnson**
1,032,410 followers
[ + Follow ]

Show all companies →

Promoted ···
I am, explore jobs at Alnylam Pharmaceuticals that match your skills
Alnylam Pharmaceuticals
Biotechnology
[ See jobs ]

### More profiles for you

**Rachel Hawley, PharmD**
3rd+
US Medical Affairs Fellow at Alnylam Pharmaceuticals
[ + Follow ]

**Allison Dinh, PharmD**
3rd+
Global Competitive Intelligence and Medical Information @...
[ Message ]

**Peter Daley, PharmD, BS**
3rd+
Global Medical Affairs Postdoctoral Fellow at Takeda
[ Message ]

**Alba Ilia, PharmD, RPh**
3rd+
Global Medical Communications &...
[ Message ]

**Tony Tian, PharmD** · 3rd+
Post-Doctoral Regulatory & Medical Affairs Fellow at Praxi...
[ Message ]

Show all →

### People you may know

**Bhanu Yadav**
Honors freshman | Computer Science |at UT Arlington | Cod...
[ Connect ]

**Marckendy Antenor**
Owner at Capture Times Media
[ Connect ]

**Ingrid Small**
[ Connect ]

**Xochillt Martinez**
Intern at Project Destined
[ Connect ]

**Ramon Rodriguez**
Founder @ Data Capture Service | Virtual Imaging Tours
[ Connect ]

Show all →

### You might like
Groups for you

**Starbucks - Current and Former Partners**
11,818 members
[ Join ]

**Medical writing for beginners and beyond (free resources and friendly advice)**
8,964 members
[ Join ]

Show all →

Promoted ···
5-Week Online Classes
Earn an online bachelor's degree designed for busy professionals at UAGC

Get Certified Cloud Devs
High Quality Cloud Developers. Contact us for your Free Estimate!

About · Accessibility · Talent Solutions · Questions? Visit our Help Center.
Professional Community Policies · Careers · Marketing Solutions · Manage your account and privacy Go to your Settings.
Privacy & Terms ▾ · Ad Choices · Advertising · Recommendation transparency Learn more about Recommended Content
Sales Solutions · Mobile · Small Business
Safety Center
Select Language   English (English) ▾
LinkedIn Corporation © 2024

Update to Terms of Service
We have updated our User Agreement and made clarifications to our Privacy Policy. These terms apply to your continued use of LinkedIn. Learn more

## Kimberly McAlarney (She/Her)
Medical Device, Pharmaceutical and Genetic Sales Background

San Antonio, Texas Metropolitan Area · Contact info

255 connections

Alnylam Pharmaceuticals

UTEP Masters Degree

+ Follow · Message · More

## About

I am Extremely Driven. I like to set goals and exceed them. I work day to day knowing that I make a difference in people's lives.

## Activity
252 followers

+ Follow

Posts · Comments

Kimberly McAlarney posted this · 1mo

I am proud to announce that I have taken on the position of Business Account Executive at Alnylam Pharmaceuticals. Alnylam's pioneering science has yielded the critical breakthroughs and innovations that have made RNA interference (RNAi)-based medicines a reality.

Show all posts →

## Experience

**Business Account Executive**
Alnylam Pharmaceuticals · Full-time
Sep 2024 - Present · 3 mos
San Antonio, Texas, United States · Remote

Rare Disease/polyneuropathy manifestations of hATTR amyloidosis

**Cardiology Account Specialist**
scPharmaceuticals · Full-time
Jul 2023 - Oct 2024 · 1 yr 4 mos
San Antonio, Texas Metropolitan Area · On-site

Launch Furoscix for Heart Failure patients experiencing fluid congestion. Device/medication sale. 2024 Quarter 2: 120% Quarter 1: 139% to plan. Ranked six... ...see more

Business Planning, Business Communications and +18 skills

**Account Executive**
Myriad Genetics · Full-time
Jul 2022 - Aug 2023 · 1 yr 2 mos
San Antonio, Texas · On-site

When assigned San Antonio, the territory was at 66% and 76% to quota. Quarter One Results: 113%, 83% to Quota... ...see more

Sales Processes, Business Planning and +26 skills

**Senior Territory Executive Manager**
ZOLL Medical Corporation · Full-time
Jun 2012 - Jul 2022 · 10 yrs 2 mos
San Antonio, Texas Area

I partner with Cardiologists, Interventional Cardiologists and Electrophysiologists in the Cath Labs, ICU, CCU and Telemetry units as part of their care team. I work with patients suffering from multiple disease states I ...see more

Sales Processes, Business Planning and +37 skills

**Sales Representative**
Warner Chilcott
Jul 2011 - Jun 2012 · 1 yr
El Paso, Texas Area

Direct Sales. Worked with Internal Medicine Physicians, Gynecologists, Urologists and Family Practice Physicians ...see more

Sales Processes, Medicine and +31 skills

Show all 7 experiences →

## Education

**UTEP, Masters Degree**
Masters Degree, Business/Corporate Communications
1999 - 2001

Communications

Communication

**University of the Incarnate Word**
Bachelor of Arts (BA), Communications
1994 - 1998
Grade: 3.4

Activities and societies: Member of Alpha Phi Omega. School Newspaper staff member and head photographer

Member of Alpha Phi Omega

## Volunteering

**Active participant of ACHE until closure. A non-profit animal rescue organization.**
El Paso, TX
Apr 2005 - Mar 2007 · 2 yrs
Animal Welfare

**foster parent/organization participant**
CARE
Jun 2015 - Apr 2018 · 2 yrs 11 mos
Animal Welfare

Recruiting attendees for the annual Gala. Working to obtain items for the silent auction for the Gala. ...see more

Show all 3 volunteer experiences →

## Skills

**Leadership**
6 experiences across scPharmaceuticals and 5 other companies

**Public Speaking**
6 experiences across scPharmaceuticals and 5 other companies

Show all 63 skills →

## Recommendations

Received · Given

Nothing to see for now
Recommendations that Kimberly receives will appear here.

## Languages

English

sign language

## Organizations

APO Coed Fraternity

## Interests

Companies · Groups · Schools

**Abbott**
3,761,722 followers
+ Follow

**Biogen**
1,047,701 followers
+ Follow

Show all companies →

## Causes

Animal Welfare • Children • Education

### Promoted
explore jobs at Alnylam Pharmaceuticals that match your skills
Alnylam Pharmaceuticals
Biotechnology
See jobs

### More profiles for you
Susan Bonnioli · 3rd+
President's Cub Winning Regional Sales Director
Message

Sheila Gardner, RPh · 3rd+
Cardiology Account Specialist · FUROSCIX · scPharmaceuticals
Message

Edward Thomas · 3rd+
Cardiovascular Account Specialist, scPharmaceuticals
Message

Jennifer Anderson · 3rd+
Pharma and Cardiac Device Sales/RN - PRESIDENT'S CLUB
Message

Antoinette Dean · 3rd+
Pharmaceutical Sales Professional, Cardiology...
Message

Show all

### People you may know
Ramon Rodriguez
Service | Virtual Imaging Tours
Connect

Mark Hileman
Water Conservation Specialist at Capture H2O
Connect

Jennifer Hernandez and Dori Casaeus
Business Owner at Capture It Photobooth llc
Connect

Stafon Levine
Automatically Capture Customer Data WITHOUT...
Connect

Mauricio Rodriguez Burckhardt
Appointment setter
Connect

Show all

### You might like
Courses for you
Discovering .NET Aspire
Skills: .NET Framework, Distributed Applications
Save

Practice Exam 3 for Certified Information Security Manager (CISM)
Skills: Certified Information Security Manager (CISM)...
Save

Show all

### Promoted
Plastic Recycled Lumber
Recycled plastic lumber - 100% 50 year warranty. Reflect from 2030

Mens Cashmere Sweaters
Luxury and Warm fabric for Professional at Affordable Price

Hire Proven Web Experts
Looking to Develop a Web app? Get our Free Quote Now!

About · Accessibility · Talent Solutions · Professional Community Policies · Careers · Marketing Solutions · Privacy & Terms · Ad Choices · Advertising · Sales Solutions · Mobile · Small Business · Safety Center

Questions? Visit our Help Center.
Manage your account and privacy Go to your Settings.
Recommendation transparency Learn more about Recommended content

Select Language: English (English)

LinkedIn Corporation © 2024





Search
Home My Network Jobs Messaging Notifications Me For Business Try Premium for $0

# Heather Smith, PA-C

Business Account Executive at Alnylam Pharmaceuticals

Austin, Texas, United States · Contact info

500+ connections

Connect Message More

Alnylam Pharmaceuticals

University of Oklahoma Health Sciences Center

## Activity

1,186 followers

Posts Comments

Heather Smith, PA-C reposted this • 1w

Today, we presented data relating to ATTR amyloidosis with cardiomyopathy at the European Society of Cardiology Congress. Learn more: https://bit.ly/3AKraGi

555 7 comments

Show all posts →

## Experience

**Business Account Executive**
Alnylam Pharmaceuticals · Full-time
Mar 2022 - Present · 2 yrs 7 mos
Austin, Texas, United States
Rare Disease, Project Management and +4 skills

**Institutional Account Manager - Coagulation**
Portola Pharmaceuticals, a Subsidiary of Alexion Pharmaceuticals
Jul 2017 - Mar 2022 · 4 yrs 9 mos
Austin, Texas
Market Development, Cardiology and +1 skill

**Hospital Sales Specialist**
Mallinckrodt Pharmaceuticals
Feb 2015 - Jul 2017 · 2 yrs 6 mos
Austin, Texas Area
Orthopedics and Pain Management

**Territory Leader**
Ethicon, Inc.
May 2010 - Feb 2015 · 4 yrs 10 mos
Urology, General Surgery and +8 skills

**Surgical Sales Representative**
TEI Biosciences Inc.
Mar 2008 - Aug 2010 · 2 yrs 6 mos
General Surgery, Medical Devices and +5 skills

Show all 7 experiences →

## Education

**University of Oklahoma Health Sciences Center**
Master of Health Sciences, Physician Assistant
1998 - 2000

**Oklahoma State University**
B.S., Biology
1994 - 1998
Activities and societies: Alpha Chi Omega Sorority; Arts and Sciences Student Council; Alpha Epsilon Delta(Pre-Med Honor Society)

## Skills

**Compliance**
Business Account Executive at Alnylam Pharmaceuticals

**Corporate Social Responsibility**
Business Account Executive at Alnylam Pharmaceuticals

Show all 39 skills →

## Recommendations

Received Given

Nothing to see for now
Recommendations that Heather receives will appear here.

## Interests

Companies Groups Newsletters Schools

**Pfizer**
5,968,500 followers
+ Follow

**Ethicon, Inc.**
160,469 followers
+ Follow

Show all companies →

Promoted

Iam, explore jobs at Alnylam Pharmaceuticals that match your skills

Alnylam Pharmaceuticals
Biotechnology

See jobs

### More profiles for you

**Tiffany Garland** · 3rd+
U.S. Head of Sales - Alnylam Pharmaceuticals Rare/Ultra-...
Message

**Laura Miller, MBA** · 3rd+
Sr. Director, Executive Lead
Message

**Tichina Hearn, MBA, CFT** · 3rd+
Business Account Executive
Message

**Jaret Gordon** · 3rd+
Business Account Executive @ Alnylam Pharmaceuticals |...
Message

**Roger Hsu** · 3rd+
Business Account Executive (Rare Disease)- Neurology....
Message

Show all

### People you may know

From Heather's school

**Sydney Biggs**
Student at University of Oklahoma Health Sciences...
Connect

**Felix Asare**
PhD Student at the University of Oklahoma Health Sciences...
Connect

**Yashaswi Patel**
Incoming PGY-1 Internal Medicine Resident at UT...
Connect

**Blessing Akinwale**
Doctor of Pharmacy Candidate at University of Oklahoma...
Connect

**Christian Luessenhop**
Student at University of Oklahoma
Connect

Show all

### You might like

Pages for you

**Amylyx Pharmaceuticals**
Pharmaceutical Manufacturing
68,114 followers
+ Follow

**Dyno Therapeutics**
Biotechnology Research
16,586 followers
+ Follow

Show all

LinkedIn Corporation © 2024

in Search
Home My Network Jobs Messaging Notifications Me For Business Try Premium for $0

## Prasanna Soanker

Principal Statistical Programmer
Pflugerville, Texas, United States · Contact info
222 connections
Connect Message More

Alnylam Pharmaceuticals
Tennessee State University

### Activity

227 followers

Prasanna Soanker commented on a post • 7mo
Congratulations Madhu

Prasanna Soanker commented on a post • 7mo
Congratulations Megan !! Very well deserved

Prasanna Soanker commented on a post • 8mo
Congratulations Siva

Show all comments →

### Experience

**Principal Statistical Programmer**
Alnylam Pharmaceuticals
Mar 2020 - Present · 4 yrs 7 mos

**Lead Statistical Programmer**
Insmed Incorporated
Aug 2018 - Mar 2020 · 1 yr 8 mos
New Jersey, United States

**Senior Statistical Programmer**
Novartis
Nov 2014 - Aug 2018 · 3 yrs 10 mos
New Jersey, United States

**Senior Statistical Programmer**
ICON plc
Mar 2012 - Nov 2014 · 2 yrs 9 mos
Pennsylvania, United States

**SAS Programmer Analyst**
PVR Technologies Inc
Jan 2010 - Mar 2012 · 2 yrs 3 mos
Pennsylvania, United States

### Education

**Tennessee State University**
Master of Science - MS, Computer Science
Jan 2007 - Dec 2009
Grade: A

**Jawaharlal Nehru Technological University**
Bachelor of Technology - BTech, Electrical and Electronics Engineering
Aug 2002 - May 2006
Grade: A

### Interests

Companies

Novartis
3,916,729 followers
+ Follow

IQVIA
2,095,414 followers
+ Follow

Show all companies →

Promoted
Iam, explore jobs at Alnylam Pharmaceuticals that match your skills
Alnylam Pharmaceuticals
Biotechnology
See jobs

### More profiles for you

Shridhar Patel · 3rd+
Statistical Programming Professional | Associate...
Message

Krishna Chotneeru, MS, MPH
· 3rd+
Associate Director
Message

Sreedhar Bodepudi · 3rd+
Director, Statistical Programming at Alnylam...
Message

Bhavana Bommisetty
· 3rd+
Senior Statistical Programmer at Seagen
Message

Richard Willey · 3rd+
Associate Director Biostatistics at Alnylam Pharmaceuticals
Message

Show all

### People you may know

Bhanu Yadav
Honors freshman | Computer Science |at UT Arlington | Cod...
Connect

Marckendy Antenor
Owner at Capture Times Media
Connect

Ingrid Small
--
Connect

Xochillt Martinez
Intern at Project Destined
Connect

Ramon Rodriguez
Founder @ Data Capture Service | Virtual Imaging Tours
Connect

Show all

### You might like

Courses for you

**Windows Server 2019: Active Directory Enterprise Infrastructure**
Skills: Enterprise Architecture, Active Directory, Windows...
50min
Save

**Controlling Cybersecurity Risk with Defender Vulnerability Management**
Skills: Microsoft Defender, Threat & Vulnerability...
1h 36min
Save

Show all

Promoted
5-Week Online Classes
Earn an online bachelor's degree designed for busy professionals at UAGC.
Low Code Approach Podcast
Get top tips from Microsoft team members and Power Platform users
Your Writing, at Its Best
Grammarly makes sure everything you type is clear and concise. It's free!

LinkedIn Corporation © 2024

in | Search

Home | My Network | Jobs | Messaging | Notifications | Me ▾ | For Business ▾ | Try Premium for $0

## Alnylam PHARMACEUTICALS

**Minzhao L.** ✓
Associate Director at Alnylam
Austin, Texas, United States · Contact info
172 connections

Alnylam Pharmaceuticals
University of Florida

[Connect] [Message] [More]

Promoted ···
I am, explore jobs in Alnylam Pharmaceuticals that match your skills

Alnylam Pharmaceuticals
Biotechnology

[See jobs]

### About

- Extensive experience in Survival analysis, recurrent event analysis, CDISC standards, Oncology studies, Infection Diseases, protocol design, simulations, and collaboration with CROs.
- Ph. D. in Statistics with specialty in Bayesian nonparametric methods, missing data and quantile regression, strong background in Mathematics and skills in programming and statistical software ...see more

### Activity
170 followers

Minzhao hasn't posted yet
Recent posts Minzhao shares will be displayed here.

Show all activity →

### Experience

**Alnylam Pharmaceuticals**
Full-time · 3 yrs 4 mos
Cambridge, Massachusetts, United States · Remote

Associate Director
Jun 2022 - Present · 2 yrs 4 mos

⚲ recurrent event, Survival Analysis and +3 skills

Senior Manager
Jun 2021 - Jun 2022 · 1 yr 1 mo

⚲ recurrent event, Survival Analysis and +2 skills

**ppd PPD**
7 yrs

Principal Statistician
Full-time
Apr 2020 - Jun 2021 · 1 yr 3 mos
Austin, Texas, United States

Senior Biostatistician II
Apr 2018 - Apr 2020 · 2 yrs 1 mo
Austin, Texas Area

Senior Biostatistician
Apr 2017 - Mar 2018 · 1 yr
Austin, Texas Area

Show all 4 experiences →

**Research Assistant**
University of Florida
Aug 2009 - Jun 2014 · 4 yrs 11 mos
Gainesville, Florida Area

Supervision: Dr. Michael Daniels; Software: SAS/NLMIXED/GLIMMIX/IML
· Falls Prevention Project...see more

**Internship**
Educational Testing Service (ETS)
Jun 2011 - Aug 2011 · 3 mos
Princeton, NJ

Supervision: Dr. Yi-Hsuan Lee, Dr. Alina von Davier; Software: SAS/R
o Explored relationship between test-takers' score and their characteristics by linear mixed effects mo ...see more

### Education

**University of Florida**
Ph. D., Statistics
2008 - 2014

**The University of Texas at Austin**
2012 - 2014
Visiting student

Show all 3 educations →

### Licenses & certifications

**Creative, Serious and Playful Science of Android Apps**
Coursera
Issued Feb 2014

[Show credential ↗]

**Computing for Data Analysis**
Coursera
Issued Oct 2012

[Show credential ↗]

Show all 4 licenses & certifications →

### Skills

Clinical Trials
Clinical Trials
⚲ Associate Director at Alnylam Pharmaceuticals

Drug Development
⚲ Associate Director at Alnylam Pharmaceuticals

Show all 14 skills →

### Interests

Companies | Groups | Schools

in LinkedIn
2,876,097 followers
[+ Follow]

Merck
2,313,394 followers
[+ Follow]

Show all companies →

More profiles for you

Yifan Zhu · 3rd+
Director, Clinical Statistical Modeling
[Message]

Matt White · 3rd+
Senior Director, Biostatistics at Alnylam Pharmaceuticals
[+ Follow]

Zhihua Xiang · 3rd+
Senior Director, Biostatistics at Alnylam
[Message]

Wei Feng · 3rd+
Biostatistician
[Message]

Chongshu (Tony) Chen · 3rd+
Associate Director, Biostatistics at Alnylam Pharmaceuticals
[Message]

Show all

People you may know

Bhanu Yadav
Honors freshman | Computer Science |at UT Arlington | Cod...
[Connect]

Marckendy Antenor
Owner at Capture Times Media
[Connect]

Ingrid Small
...
[Connect]

Xochillt Martinez
Intern at Project Destined
[Connect]

Ramon Rodriguez
Founder @ Data Capture Service | Virtual Imaging Tours
[Connect]

Show all

You might like
Groups for you

Starbucks - Current and Former Partners
11,818 members
[Join]

Walgreens Retail Mergers & Acquisitions
3,946 members
[Join]

Show all

Promoted ···
Proud to Be UAGC
Online bachelor's degrees. 5-week classes. Credit for work/life experience.

AI Writing Assistant
Eliminate errors and work seamlessly across multiple platforms and devices

Low Code Approach Podcast
Get top tips from Microsoft team members and Power Platform community

About · Accessibility · Talent Solutions · Questions? Visit our Help Center.
Professional Community Policies · Careers · Marketing Solutions · Manage your account and privacy. Go to your Settings.
Privacy & Terms ▾ · Ad Choices · Advertising · Recommendation transparency. Learn more about Recommended Content.
Sales Solutions · Mobile · Small Business
Safety Center
Select Language: English (English)
LinkedIn Corporation © 2024

Search
Home My Network Jobs Messaging Notifications Me For Business Try Premium for $0

# Mahesh T.

Sr Clinical Data Manager
Austin, Texas Metropolitan Area · Contact info
500+ connections
Connect Message More

Alnylam Pharmaceuticals
Western Kentucky University

## About

10+ Years of Clinical Data Team Lead experience with a demonstrated history of working in the CRO industry. Strong professional skilled in Medidata, Clinical Data Management, Timeline management, Risk Management, and Budget Management for the contracted Clinical studies.

## Activity

1,003 followers

Mahesh T. commented on a post • 1mo
Congratulations Liah!

Mahesh T. commented on a post • 2mo
That's exciting, Congratulations Daniela! Best wishes.

Mahesh T. commented on a post • 3mo
Congratulations Dave!

Show all comments →

## Experience

**Sr. Clinical Data Manager**
Alnylam Pharmaceuticals · Full-time
Oct 2022 - Present · 2 yrs

**Chemical Biological Radiological Nuclear (CBRN) Specialist**
United States Army Reserve
Jul 2015 - Apr 2024 · 8 yrs 10 mos
Fort Hood, Texas, United States
- Provide training on CBRN defense to the unit and assigned civilian personnel.
- Participate in the field training missions on CBRN response operations.... ...see more

**Sr. Project Data Manager**
Syneos Health · Full-time
Sep 2021 - Oct 2022 · 1 yr 2 mos
Austin, Texas Metropolitan Area
Data Management

**Principal Clinical Data Scientist Lead**
PRA Health Sciences · Full-time
Dec 2020 - Sep 2021 · 10 mos
Austin, Texas Metropolitan Area
Data Management

**IQVIA**
4 yrs 7 mos
Greater Nashville Area, TN

**Data Team Lead**
Full-time
Dec 2016 - Dec 2020 · 4 yrs 1 mo
- Worked as a Data Team Lead for COVID-19 Trail, 3 ophthalmology studies and 2 rare disease studies.
- Successfully worked from Database build to study close out and locked 4 Phase III studies. ... ...see more
Data Management

**Associate Data Team Lead**
Contract
Jun 2016 - Dec 2016 · 7 mos
- Worked as a Data Manager on 3 phase III Ophthalmology Conjunctivitis clinical trial with over 900 Subjects in each trial. ... ...see more
Data Management

Show all 9 experiences →

## Education

**Western Kentucky University**
Master of Science (MS), Chemistry
2011 - 2013
Activities and societies: American Chemical Society

## Skills

**Data Management**
4 experiences across Syneos Health and 2 other companies
1 endorsement

**Clinical Data Management**
2 endorsements

Show all 50 skills →

## Courses

Data Management for Clinical Research

## Languages

Languages

**English**
Full professional proficiency

## Interests

Companies Groups Newsletters Schools

**US Army**
1,200,348 followers
+ Follow

**United States Army Reserve**
85,816 followers
+ Follow

Show all companies →

## Causes

Children • Education • Health • Disaster and Humanitarian Relief • Social Services

Promoted
Iam, explore jobs at Alnylam Pharmaceuticals that match your skills
Alnylam Pharmaceuticals
Biotechnology
See jobs

More profiles for you

**Premesh Mistry** · 3rd+
Student at The University of Texas at Dallas
Message

**Adam Manzella** · 3rd+
Clinical Data Management Professional
Message

**Erin (Matsunaga) Svirskiy** · 3rd+
Director, Data Management at Alnylam Pharmaceuticals
Message

**Ashlee Ayers** · 3rd+
Senior Clinical Data Manager at Alnylam Pharmaceuticals
Message

**Daniela Amado** · 3rd+
President, Clinical Data Management Consultant at...
Message

Show all

People you may know
From Mahesh's school

**Brogan Amherdt**
Student at Western Kentucky University
Connect

**Bailey Hill**
BCBA at Adapt for Life, Center for ABA and Autism
Connect

**Sarai Estrada**
Student at Western Kentucky University
Connect

**Ernest Tsim**
Student at Rutgers University–New Brunswick
Connect

**Jill Patel**
Undergraduate Researcher and Junior at the Gatton Academy...
Connect

Show all

You might like
Courses for you

**Revit: Site and Context Modeling**
Skills: Revit
4h 11min
Save

**Windows Server 2019: Active Directory Enterprise Infrastructure**
Skills: Enterprise Architecture, Active Directory, Windows...
50min
Save

Show all

Promoted
5-Week Online Classes
Earn an online bachelor's degree designed for busy professionals at UAGC.
Applying for a Job?
Harness the power of generative AI to optimize your productivity. Try now!

LinkedIn Corporation © 2024

