# Exhibit 4

# Business Account Executive - San Antonio, TX

United States

**Apply Now**  **Add to Job Cart**

ID: 858

## Job Description

**This role is considered:**
Virtual

**Overview**

We are looking for experienced Business Account Executives (BAEs) with specialty sales experience to promote AMVUTTRA™. hATTR patients often spend years undiagnosed and misdiagnosed. This is an amazing opportunity to educate and enhance the market's knowledge of hATTR amyloidosis. In addition, this important role will be a collaborative partner to the local strategic team that supports the account.

The BAE (TTR BAE) will be principally responsible for driving physician identification, physician education to drive patient identification, disease awareness, overall market development, and brand awareness within their ascribed territory. The BAE will be responsible for achieving territory targets and other business objectives through account and customer strategies, while also partnering & collaborating very closely with internal and external stakeholders to effectively manage all aspects of the regional business. The achievement of targets will be based in Alnylam values: our commitment to people, sense of urgency, passion for excellence, innovation & discovery, and open culture as well as our unwavering commitment to integrity.

The position reports to the (TTR) Regional Business Director.

**Key Responsibilities**

- Drives physician identification, patient identification through physician education, market development in polyneuropathy hATTR amyloidosis, and brand awareness by building and executing against a territory strategy and account specific plans.
- Continuously assesses sales opportunities within markets and accounts to maintain and grow their business.
- Effectively prioritizes and manages time, activities, and resources to optimize access to and development of accounts with the most sales potential.
- Builds and maintains relationships with physicians by maximizing their time through pre-call planning, leveraging insights to tailor a call plan, and conducting post-call analysis to continually refine and enhance their approach.
- Proactively builds effective working relationships with internal/external stakeholders; can drive agreement/decisions from multiple stakeholders; can read people's emotions and flex communication style. Adjusts their approach based on different stakeholder needs, concerns, or audience member to drive alignment and meet their work goals.
- Effectively communicates and closely collaborates with stakeholders across commercial, compliance, legal, market access, and patient care centers to help ensure access at site of care.
- Builds individual account plans for key accounts and physicians including how to approach those customers, achieve sales goals, and maximize sales results.
- Collaborates with key accounts and physicians to drive patient identification through market development and physician education; develop a territory strategy to retain customers.
- Executes programs, in-services, and in office presentations for their territory across multiple account types such as clinics and infusion centers.
- Routinely reports territory-level market dynamics and trends, including prescriber opinion and competitive activity, to manager and escalates to home office as needed.
- Demonstrates and upholds the highest standards of integrity and compliance.

**Qualifications**

- Bachelor's required: MBA/Science Degree preferred.
- 5+ years of progressive and successful business experience in biotech or the specialty pharmaceutical industry.
- Experience in Cardiology
- Understanding and experience working collaboratively with many functions including patient services, marketing, and market access and reimbursement.
- A successful track record in pharmaceutical sales.
- Must be familiar with relevant legal and regulatory environment in biotech/pharmaceutical industry.
- Specialty product launch experience
- Experience in driving, leading and delivering upon territory-level cross functional business planning and influencing without authority.
- Understanding of buy and bill and specialty channel distribution is preferred.
- Hospital / Institution knowledge and expertise with pharmacy formulary processes.
- Must be comfortable spending 60% of time traveling; some overnight travel required.
- Driving is an essential duty of the job; candidates must have a valid driver's license to be considered.
- Must live within assigned territory.

Demonstrated commitment to ethics and integrity

---

### Get Matched

Upload Your Resume And See Jobs That Match Your Skills And Experience

**Upload Your Resume**

Match Unknown

### Job Insights

Based On Previously Hired Candidates

**Popular Skills Of Previous Hires**

Art | E-Procurement

Cross Functional Skills

Collaboration | Cardiology

Business Units

Business Planning

Business Administration

Business Acumen

Brand Strategy

**Years Of Experience Of Previous Hires**

- <2 - 0%
- 2-4 - 0%
- 4-8 - 0%
- 8+ - 100%



**Job Titles Of Previous Hires**

Business Account Executive
Business Account Manager
Major Account Executive
Senior Business Account Executive
Territory Manager

**Previous Hires Also Worked At**

Novartis

U S Navy

Sanofi Genzyme

Regeneron Pharmaceuticals



(https://www.alnylam.com/)

Our Company    Our Science    Our Products    Our News

                                                                        My Job Cart
                                                                          Sign In

Welcome. You are not signed in.|                                    My Account Options

**JOB SEARCH**    **MY JOBPAGE**

Basic Search   |   Advanced Search   |

Apply Online

Add to My Job Cart

# Business Account Executive, TTR: Springfield, IL

(Job Number: 230534)
**Work_Category**  virtual

## Overview

We are looking for experienced Business Account Executives (BAEs) with rare disease experience to promote ONPATTRO® (patisiran) in the U.S. ONPATTRO was approved in August 2018 by the FDA for the treatment of the polyneuropathy of hereditary transthyretin-mediated amyloidosis (hATTR amyloidosis) in adults. The successful candidate will also have the opportunity to be part of the sales team responsible for the commercialization of Alnylam's second therapeutic in Alnylam's TTR portfolio, AMVUTTRA™ . hATTR patients often spend years undiagnosed and misdiagnosed. This is an amazing opportunity to educate and enhance the market's knowledge of hATTR amyloidosis.

The BAE (TTR BAE) will be principally responsible for driving physician and patient identification, disease awareness, overall market development, and brand awareness within their ascribed territory. The BAE will be responsible for achieving territory targets and other business objectives through account and customer strategies, while also partnering & collaborating very closely with internal and external stakeholders to effectively manage all aspects of the regional business. The achievement of targets will be based in Alnylam values: our commitment to people, sense of urgency, passion for excellence, innovation & discovery, and open culture as well as our unwavering commitment to integrity.

The position reports into the (TTR) Regional Business Director.

## Key Responsibilities

·      Drives physician and patient identification, market development in polyneuropathy hATTR amyloidosis, and brand awareness by building and executing against a territory strategy and account specific plans.

·      Continuously assesses sales opportunities within markets and accounts to maintain and grow their business.

·      Effectively prioritizes and manages time, activities, and resources to optimize access to and development of accounts with the most sales potential.

·      Builds and maintains relationships with physicians by maximizing their time through pre-call planning, leveraging insights to tailor a call plan, and conducting post-call analysis to continually refine and enhance their approach.

·       Proactively builds effective working relationships with internal/external stakeholders; can drive agreement/decisions from multiple stakeholders; can read people's emotions and flex communication style. Adjusts their approach based on different stakeholder needs, concerns, or audience member to drive alignment and meet their work goals.

·       Effectively communicates and closely collaborates with stakeholders across commercial, compliance, legal, market access, and patient care centers to help ensure access at site of care.

·       Builds individual account plans for key accounts and physicians including how to approach those customers, achieve sales goals, and maximize sales results.

·       Collaborates with key accounts and physicians to drive patient identification through market development and physician education; develop a territory strategy to retain customers.

·       Executes programs, in-services, and in office presentations for their territory across multiple account types such as clinics and infusion centers.

·       Routinely reports territory-level market dynamics and trends, including prescriber opinion and competitive activity, to manager and escalates to home office as needed.

·       Demonstrates and upholds the highest standards of integrity and compliance.

## Qualifications

·       Bachelor's required: MBA/Science Degree preferred.

·       7+ years of progressive and visibly successful business experience in biotech or specialty pharmaceutical industry.

·       2 plus years of rare disease experience.  Deep experience in Cardiology and Neurology are important and strongly preferred. Hematology knowledge and experience is a plus.

·       Understanding and experience working with in-house patient support services required.

·       A successful track record in pharmaceutical sales/management.

·       Must be familiar with relevant legal and regulatory environment in biotech/pharmaceutical industry.

·       Product launch experience is a plus including a working knowledge of government and commercial payers.

·       Experience in driving, leading and delivering upon territory-level cross functional business planning and influencing without authority.

·   Understanding of patient services and specialty channel distribution is preferred.

·   Hospital / Institution knowledge and expertise with pharmacy formulary processes.

·   Must be comfortable spending 60% of time traveling; some overnight travel required.

·   Driving is an essential duty of the job; candidates must have a valid driver's license to be considered.

·   Must live within assigned territory.

·   Demonstrated commitment to ethics and integrity.

## About Alnylam

Alnylam Pharmaceuticals (Nasdaq: ALNY) has led the translation of RNA interference (RNAi) into a whole new class of innovative medicines with the potential to transform the lives of people afflicted with rare and more prevalent diseases. Based on Nobel Prize-winning science, RNAi therapeutics represent a powerful, clinically validated approach to treating diseases at their genetic source by "interfering" with mRNA that cause or contribute to disease. Since our founding in 2002, Alnylam has led the RNAi Revolution and continues to turn scientific possibility into reality.

Our people-first culture is guided by our core values: fiercely innovative, open culture, purposeful urgency, passion for excellence, and commitment to people, and these values influence how we work and the business decisions we make. Thanks to feedback from our employees over the years, we've been fortunate to be named a top employer around the world. Alnylam is extremely proud to have been recognized as the #1 Large Employer by Boston Globe Top Places to Work in 2022, one of Science Magazine's Top Biopharma Employers, one of America's Most Responsible Companies for 2023 by Newsweek, a Fast Company Best Workplace for Innovators, and a Great Place to Work in Canada, France, Italy, Spain, Switzerland, and UK – among others.

At Alnylam, we commit to an inclusive recruitment process and equal employment opportunity. We are dedicated to building an environment where employees can feel that they belong, can bring their authentic selves to work, and achieve to their full potential. By empowering employees to embrace their unique differences at work, our business grows stronger with advanced and original thinking, allowing us to bring groundbreaking medicines to patients.

Qualified applicants will receive consideration for employment without regard to their race, color, religion, age, sex, sexual orientation, gender identity or expression, national origin, ethnicity, marital status,

protected veteran status, disability, or any other characteristics
prohibited by law. Alnylam is an E-Verify employer.

Apply Online

Add to My Job Cart

Privacy Policy (https://www.alnylam.com/privacy)

Site Map (https://www.alnylam.com/sitemap)

Sign Up For Updates (https://www.alnylam.com/signup-for-updates)

Legal Notice (https://www.alnylam.com/legal)

Copyright © Alnylam Pharmaceuticals, Inc. — All Rights Reserved



(https://www.alnylam.com/)

Our Company   Our Science   Our Products   Our News

My Job Cart
Sign In

Welcome. You are not signed in.|

My Account Options

**JOB SEARCH**   **MY JOBPAGE**

Basic Search   |   Advanced Search   |

3/25/24, 10:57 AM                    Job Description. Business Account Executive, Toledo, OH (230501)

Case 1:24-cv-01524-DAE     Document 1-4     Filed 12/12/24     Page 10 of 16

Apply Online

Add to My Job Cart

# Business Account Executive, TTR: Toledo, OH

(Job Number: 230501)
**Work_Category**  virtual

## Overview

We are looking for experienced Business Account Executives (BAEs) with rare disease experience to promote ONPATTRO® (patisiran) in the U.S. ONPATTRO was approved in August 2018 by the FDA for the treatment of the polyneuropathy of hereditary transthyretin-mediated amyloidosis (hATTR amyloidosis) in adults. The successful candidate will also have the opportunity to be part of the sales team responsible for the commercialization of Alnylam's second therapeutic in Alnylam's TTR portfolio, AMVUTTRA™ . hATTR patients often spend years undiagnosed and misdiagnosed. This is an amazing opportunity to educate and enhance the market's knowledge of hATTR amyloidosis.

The BAE (TTR BAE) will be principally responsible for driving physician and patient identification, disease awareness, overall market development, and brand awareness within their ascribed territory. The BAE will be responsible for achieving territory targets and other business objectives through account and customer strategies, while also partnering & collaborating very closely with internal and external stakeholders to effectively manage all aspects of the regional business. The achievement of targets will be based in Alnylam values: our commitment to people, sense of urgency, passion for excellence, innovation & discovery, and open culture as well as our unwavering commitment to integrity.

The position reports into the (TTR) Regional Business Director.

## Key Responsibilities

·      Drives physician and patient identification, market development in polyneuropathy hATTR amyloidosis, and brand awareness by building and executing against a territory strategy and account specific plans.

·      Continuously assesses sales opportunities within markets and accounts to maintain and grow their business.

·      Effectively prioritizes and manages time, activities, and resources to optimize access to and development of accounts with the most sales potential.

·      Builds and maintains relationships with physicians by maximizing their time through pre-call planning, leveraging insights to tailor a call plan, and conducting post-call analysis to continually refine and enhance their approach.

·       Proactively builds effective working relationships with internal/external stakeholders; can drive agreement/decisions from multiple stakeholders; can read people's emotions and flex communication style. Adjusts their approach based on different stakeholder needs, concerns, or audience member to drive alignment and meet their work goals.

·       Effectively communicates and closely collaborates with stakeholders across commercial, compliance, legal, market access, and patient care centers to help ensure access at site of care.

·       Builds individual account plans for key accounts and physicians including how to approach those customers, achieve sales goals, and maximize sales results.

·       Collaborates with key accounts and physicians to drive patient identification through market development and physician education; develop a territory strategy to retain customers.

·       Executes programs, in-services, and in office presentations for their territory across multiple account types such as clinics and infusion centers.

·       Routinely reports territory-level market dynamics and trends, including prescriber opinion and competitive activity, to manager and escalates to home office as needed.

·       Demonstrates and upholds the highest standards of integrity and compliance.

## Qualifications

·       Bachelor's required: MBA/Science Degree preferred.

·       7+ years of progressive and visibly successful business experience in biotech or specialty pharmaceutical industry.

·       2 plus years of rare disease experience.  Deep experience in Cardiology and Neurology are important and strongly preferred. Hematology knowledge and experience is a plus.

·       Understanding and experience working with in-house patient support services required.

·       A successful track record in pharmaceutical sales/management.

·       Must be familiar with relevant legal and regulatory environment in biotech/pharmaceutical industry.

·       Product launch experience is a plus including a working knowledge of government and commercial payers.

·       Experience in driving, leading and delivering upon territory-level cross functional business planning and influencing without authority.

·       Understanding of patient services and specialty channel distribution is preferred.

·       Hospital / Institution knowledge and expertise with pharmacy formulary processes.

·       Must be comfortable spending 60% of time traveling; some overnight travel required.

·       Driving is an essential duty of the job; candidates must have a valid driver's license to be considered.

·       Must live within assigned territory.

·       Demonstrated commitment to ethics and integrity.

## About Alnylam

Alnylam Pharmaceuticals (Nasdaq: ALNY) has led the translation of RNA interference (RNAi) into a whole new class of innovative medicines with the potential to transform the lives of people afflicted with rare and more prevalent diseases. Based on Nobel Prize-winning science, RNAi therapeutics represent a powerful, clinically validated approach to treating diseases at their genetic source by "interfering" with mRNA that cause or contribute to disease. Since our founding in 2002, Alnylam has led the RNAi Revolution and continues to turn scientific possibility into reality.

Our people-first culture is guided by our core values: fiercely innovative, open culture, purposeful urgency, passion for excellence, and commitment to people, and these values influence how we work and the business decisions we make. Thanks to feedback from our employees over the years, we've been fortunate to be named a top employer around the world. Alnylam is extremely proud to have been recognized as the #1 Large Employer by Boston Globe Top Places to Work in 2022, one of Science Magazine's Top Biopharma Employers, one of America's Most Responsible Companies for 2023 by Newsweek, a Fast Company Best Workplace for Innovators, and a Great Place to Work in Canada, France, Italy, Spain, Switzerland, and UK – among others.

At Alnylam, we commit to an inclusive recruitment process and equal employment opportunity. We are dedicated to building an environment where employees can feel that they belong, can bring their authentic selves to work, and achieve to their full potential. By empowering employees to embrace their unique differences at work, our business grows stronger with advanced and original thinking, allowing us to bring groundbreaking medicines to patients.

Qualified applicants will receive consideration for employment without regard to their race, color, religion, age, sex, sexual orientation, gender identity or expression, national origin, ethnicity, marital status,

3/25/24, 10:57 AM                    Job Description. Business Account Executive, T1D, Toledo, (230501)

Case 1:24-cv-01524-DAE   Document 1-4   Filed 12/12/24   Page 14 of 16

protected veteran status, disability, or any other characteristics
prohibited by law. Alnylam is an E-Verify employer.

Apply Online

Add to My Job Cart

Privacy Policy (https://www.alnylam.com/privacy)              Site Map (https://www.alnylam.com/sitemap)

                                                              Sign Up For Updates (https://www.alnylam.com/signup-
Legal Notice (https://www.alnylam.com/legal)                  for-updates)

Copyright ©  Alnylam Pharmaceuticals, Inc. — All
Rights Reserved

# Medical Science Liaison, NYC

United States

[Apply Now] [Add to Job Cart]

ID: 1310

## Job Description

**This role is considered:**
Virtual

This role is considered Virtual.

The Medical Science Liaison will be responsible for field responsibilities and KOL relationships within the New York City territory Only candidates that currently reside in the NY or NJ area will be considered.

**Summary of Key Responsibilities**

- Partner closely with investigators and internal stakeholders to drive patient accrual.
- Identify key opinion leaders and cultivate a network of experts for key Alnylam disease areas.
- Develop, maintain, and execute US KOL and US Institution plans within respective geography.
- Conduct and implement a comprehensive disease awareness tactical plan within the respective geography.
- Collaborate with health care professionals to identify opportunities for the development of algorithms and guidelines to facilitate early diagnosis
- Provide in-depth drug mechanism of action and emerging clinical information to health care providers in the respective geography.
- Serve as a liaison to health care professionals and professional organizations and disease state advocacy groups. Support the efforts of patient support groups and educational foundations.
- Provide medical and scientific input into the planning and execution of advisory boards and work with experts to review speaker presentations and provide additional medical background where requested.
- Contribute to Alnylam's achievement of Company objectives for pre-approved products.
- Provide educational meeting support at scientific congresses.
- Coordinate required medical, legal, and regulatory review and approval of all field documents for distribution or presentation.
- Require 60-70% travel.
- Must live in one of the following states NY, NJ

**Qualifications**

- PhD, PharmD, DNP or MD with 3 to 5 years' industry experience.
- Proven clinical background to enable engagement of Health Care Professionals in a scientifically meaningful exchange.
- Prior experience in rare disease strongly preferred.
- Experience in clinical research, patient recruitment, and investigator-sponsored trials.
- Experience in medical education and KOL management.
- Effective communication of evidence based scientific information.
- Ability to work collaboratively and cross-functionally.
- Capable of managing shifting priorities in a rapidly changing and environment
- Decision-making and accountability.
- Clear alignment with Alnylam Core Values

**About Alnylam:** Alnylam Pharmaceuticals (Nasdaq: ALNY) has led the translation of RNA interference (RNAi) into a whole new class of innovative medicines with the potential to transform the lives of people afflicted with rare and more prevalent diseases. Based on Nobel Prize-winning science, RNAi therapeutics represent a powerful, clinically validated approach to treating diseases at their genetic source by "interfering" with mRNA that cause or contribute to disease. Since our founding in 2002, Alnylam has led the RNAi Revolution and continues to turn scientific possibility into reality.

**Our culture:** Our people-first culture is guided by our core values: fiercely innovative, open culture, purposeful urgency, passion for excellence, and commitment to people, and these values influence how we work and the business decisions we make. Thanks to feedback from our employees over the years, we've been fortunate to have been named a top employer around the world. Alnylam is extremely proud to have been recognized as the #1 Large Employer by Boston Globe Top Places to Work in 2023 for the third consecutive year, one of Science Magazine's Top Biopharma Employers, one of America's Most Responsible Companies for 2024 by Newsweek, a Fast Company Best Workplace for Innovators, and a Great Place to Work in Canada, France, Italy, Spain, Switzerland, and UK – among others.

At Alnylam, we commit to an inclusive recruitment process and equal employment opportunity. We are dedicated to building an environment where employees can feel that they belong, can bring their authentic selves to work, and achieve to their full potential. By empowering employees to embrace their unique differences at work, our business grows stronger with advanced and original thinking, allowing us to bring groundbreaking medicines to patients. Qualified applicants will receive consideration for employment without regard to their race, color, religion, age, sex, sexual orientation, gender identity or expression, national origin, ethnicity, marital status, protected veteran status, disability, or any other characteristics prohibited by law.

---

### Get Matched

Upload Your Resume And See Jobs That Match Your Skills And Experience

[Upload Your Resume]

Match Unknown

### Job Insights

Based On Previously Hired Candidates

**Popular Skills Of Previous Hires**

- Clinical Trials
- Clinical Pharmacy
- Cardiac Surgery
- Clinical Research
- Clinical Skills

**Years Of Experience Of Previous Hires**

- <2 - 0%
- 2-4 - 0%
- 4-8 - 50%
- 8+ - 50%

**Job Titles Of Previous Hires**

Medical Science Liaison
Clinical Pharmacist
Clinical Consultant
Clinical Manager
Staff Pharmacist

**Previous Hires Also Worked At**

Johnson & Johnson    Walgreens

RADIUS Health    Propharma

# Patient Education Liaison-Northwest

United States • Northwest

**Apply Now**    **Add to Job Cart**

ID: 1147

## Job Description

**This role is considered:**
Virtual

This role is considered Virtual.

**Territory Includes:** **WA, OR, NV, ID, MT, WY**

**Overview**

Reporting to the Lead, Patient Education Liaison (LPEL), the Patient Education Liaison (PEL) is a critical component of the product brand commercial strategy and works in close coordination with Field Sales, Field Reimbursement, Patient Services, Advocacy, and Marketing teams to support Alnylam's patient-focused vision of harnessing a revolution in biology for human health.

The Patient Education Liaison is responsible for educating patients, caregivers, families, nurses, medical assistants, office staff, professional nursing organizations, and pertinent community groups on disease state and Alnylam's RNAi treatments for all Alnylam brands.  Using approved materials, the Patient Education Liaison will educate on the disease state, Alnylam treatments, and Alnylam's services, through phone-based, in-person, and virtual meetings.  Central to this role is the ability to work with regional, field-based and internal colleagues to identify barriers to patient access and work to resolve them.

The successful candidate must be passionate about science and deeply motivated by the quest of delivering education to patients and their families with the long-term success of the company in mind. The ideal candidate will be a self-motivated, self-starter with an innovative, entrepreneurial spirit.

**Summary of Key Responsibilities**

- Actively collaborates with Field Sales, Patient Services, Medical Affairs, Marketing, Advocacy and other critical internal teams to increase disease-state awareness and early diagnosis
- Leads regional effort to provide disease-state education, treatment education and support to patients their families/caregivers, nurses, medical assistants, office staff, nursing organizations, and community groups
- Maintains disease-state and product expertise through continuing medical education and attendance at relevant symposia, conferences and other educational opportunities
- Provides comprehensive updates on activity to regional colleagues, ensuring that the regional team appropriately works as one entity to support patients in early diagnosis and access to treatment
- Offers constructive feedback on existing workplan and proposes innovative service offerings to leadership where opportunities exist
- Accountable for executing on targeted workplan
- Completes required work in CRM system to facilitate tracking of critical launch metrics
- Ensures compliance with all corporate and industry policies per training provided by Alnylam Commercial, Legal, Regulatory and Compliance Officers

**Qualifications**

- Bachelor of Science in Nursing, Registered Nurse
- Genetic rare disease/ultra-rare disease experience
- 5+ yrs. Pharmaceutical/biotech experience in a similar role
- Experience supporting and providing education to patients, family members, nurses, medical assistants, office staff, nursing organizations, and community groups affected by rare and ultra-rare genetic diseases (required)
- Strong presentation skills
- Exceptional interpersonal skills, professional communications, problem-solving, compassion and the ability to navigate difficult conversations
- Ability to translate scientific/medical information into patient-friendly language
- Ability to work well and lead within cross-functional groups and in a matrix organization
- Desire to innovate and work in a fast-paced, energetic environment
- Self-starter who is highly passionate about rare/ultra-rare disease and Alnylam's core values:
  - Commitment to People, Innovation, Discovery, Sense of Urgency, Open Culture, and Passion for Excellence.
- The ideal candidate must reside in the **Northwest region** near a major airport due to travel requirements
- Ability to travel up to 75%

**About Alnylam:** Alnylam Pharmaceuticals (Nasdaq: ALNY) has led the translation of RNA interference (RNAi) into a whole new class of innovative medicines with the potential to transform the lives of people afflicted with rare and more prevalent diseases. Based on Nobel Prize-winning science, RNAi therapeutics represent a powerful, clinically validated approach to treating diseases at their genetic source by "interfering" with mRNA that cause or contribute to disease. Since our founding in 2002, Alnylam has led the RNAi Revolution and continues to turn scientific possibility into reality.

**Our culture:** Our people-first culture is guided by our core values: fiercely innovative, open culture, purposeful urgency, passion for excellence, and commitment to people, and these values influence how we work and the business decisions we make. Thanks to feedback from our employees over the years, we've been fortunate to be named a top employer around the world. Alnylam is extremely proud to have been recognized as one of Science Magazine's Top Biopharma Employers, one of America's Most Responsible Companies for 2024 by Newsweek, a Fast Company Best Workplace for Innovators, and a Great Place to Work in Canada, France, Italy, Spain, Switzerland, and UK – among others.

At Alnylam, we commit to an inclusive recruitment process and equal employment opportunity. We are dedicated to building an environment where employees can feel that they belong, can bring their authentic selves to work, and achieve to their full potential. By empowering employees to embrace their unique differences at work, our business grows stronger with advanced and original thinking, allowing us to bring groundbreaking medicines to patients.

---

### Get Matched

Upload Your Resume And See Jobs That Match Your Skills And Experience

**Upload Your Resume**

Match Unknown

### Job Insights

Based On Previously Hired Candidates

**Popular Skills Of Previous Hires**

Clinical Research    Cardiology

Clinical Trials

Case Management

Care Planning

**Years Of Experience Of Previous Hires**

- <2 - 0%
- 2-4 - 0%
- 4-8 - 0%
- 8+ - 100%

**Job Titles Of Previous Hires**

Nurse Manager
Clinical Manager
Clinical Supervisor
Nurse Educator
Nurse Case Manager

**Previous Hires Also Worked At**


Iqvia


Syneos Health