# Exhibit 5



For US audiences only. | Important Safety Information | Prescribing Information | For HCPs ▾ | How ONPATTRO May Help | ONPATTRO Overview | Find an Infusion Center | Connect With an Alnylam Educator | Support & Resources

# Connect with an Alnylam educator

Alnylam Patient Education Liaisons (PELs) are professionals with backgrounds in nursing who can provide education to you and your family about hATTR amyloidosis and treatment with ONPATTRO®, a prescription medicine that treats the polyneuropathy caused by hATTR amyloidosis in adults.



**The purpose of the Alnylam PEL team is to provide education to patients, their families, and caregivers.**

- PELs engage with patients one-on-one to provide education, participate in family meetings, and help raise awareness about hATTR amyloidosis in community health organizations
- PELs are employees of Alnylam Pharmaceuticals. They are not acting as healthcare providers and are not part of your healthcare team
- PELs do not provide medical care or advice
- All diagnosis and treatment decisions should be made by you and your doctor

### Request to connect with an Alnylam Patient Education Liaison

Request an Alnylam PEL to contact you by filling out this form.
*Required fields*

I am a:*

[ Select ▾ ]

First name*

Last name*

ZIP / postal code*

Email address*

Phone*     [ ] OK to leave voicemail. *(Optional)*

[ ] I would like to receive educational resources by mail from Alnylam Pharmaceuticals.

[ ] I would like to receive updates from Alnylam Pharmaceuticals regarding marketing communications, customer surveys, or for market research surveys. Alnylam will not sell, share, or transfer my personal data to any unrelated third party for its marketing purposes without my express permission.

By submitting this form, I agree to the, I agree to the Alnylam Privacy Policy. I am 18 years or older, a US resident, and consent to the processing of my personal data per the terms outlined in the Data Privacy Notification and Consent. I understand that Alnylam will use reasonable technical and organizational measures to protect the information I share with the PEL and will not use or disclose it outside of the company.*

[ Submit ]

## Important Safety Information and Indication
### Important Safety Information
**What are the most important things I should know about ONPATTRO® (patisiran)?**
ONPATTRO can cause:

- **Infusion-related reactions**
  ONPATTRO is given as a drip into a vein (called an "intravenous infusion"). Reactions to this infusion may happen during treatment with ONPATTRO. Before each infusion you will be given medicines that help to lower the chance of infusion-related reactions.

  Tell your doctor or nurse right away if you experience any of the following signs of an infusion-related reaction during treatment:

  - Reddening of the face or body (flushing), skin warm
  - Body aches or pain, including pain in the back, neck, or joints
  - Feeling sick (nausea)
  - Stomach pain
  - Feeling short of breath, cough, or other breathing problems
  - Headache
  - Chest discomfort or chest pain
  - Rash
  - Chills
  - Dizziness
  - Feeling tired (fatigue)
  - Rapid heart rate
  - Facial swelling

  If you have an infusion-related reaction, your doctor or nurse may slow down or stop your infusion, and you may need to take other medicines. When these reactions stop, or get better, your doctor or nurse may decide to start the infusion again.

- **Low Vitamin A levels**
  Treatment with ONPATTRO lowers the amount of vitamin A in your blood. Your doctor will tell you to take a vitamin A supplement every day. You should not take more than the amount of vitamin A recommended by your doctor.

  Low vitamin A levels can affect vision. If you have problems with your vision (e.g., night blindness) while taking ONPATTRO, talk to your doctor. Your doctor may refer you to an eye specialist.

**What are the common side effects of ONPATTRO?**
The most common side effects of ONPATTRO are respiratory infections, such as colds, sinus infections, and nasal congestion, and infusion-related reactions. These are not all the possible side effects of ONPATTRO. Talk to your doctor about side effects you experience. You are encouraged to report negative side effects of prescription drugs to the FDA. Visit www.fda.gov/medwatch, or call 1-800-FDA-1088.

### Indication
**What is ONPATTRO?**
ONPATTRO is a prescription medicine that treats the polyneuropathy caused by an illness called hereditary transthyretin-mediated amyloidosis (hATTR amyloidosis). ONPATTRO is used in adults only.

**For additional information about ONPATTRO, please see the full Prescribing Information.**

ONPATTRO, Alnylam Assist, and their associated logos are trademarks of Alnylam Pharmaceuticals, Inc. © 2024 Alnylam Pharmaceuticals, Inc. All rights reserved.
TTR02-USA-00027-092018-V6

For US audiences only.

Important Safety Information  Prescribing Information  For HCPs »  Find an Infusion Center  Connect With an Alnylam Educator

# Find an infusion center

Search the ONPATTRO® Infusion Center Directory to locate the infusion center closest to you

Search within [ 100 miles ▾ ] of [ 73301 ]  [ Search ]

**Paragon Austin Infusion Center**
720 W 34th St, Suite 104
Austin, TX 78705
512-261-4800

5.48 miles | Get Driving Directions
Show all center details +

**BioScrip Infusion Services**
5446 W Hwy 290, Suite 203
Austin, TX 78735
512-637-4949

7.31 miles | Get Driving Directions
Show all center details +

**NuCara Pharmacy Vital Care - Austin**
6111 Burnet Rd
Austin, TX 78757
512-454-9923

7.87 miles | Get Driving Directions
Show all center details +



Email these results

To find other infusion centers near you, try using the **National Infusion Center Association (NICA) Locator.**

## Share your infusion center results

If you would like to email these search results, provide your email address in the form field below:

*All fields are required

Email address:

[ ]  I confirm I am 18 years or older and a US resident, and would like to receive updates from Alnylam Pharmaceuticals.*

[ ]  By submitting this form, I agree to the Alnylam.com Privacy Policy and consent to the processing of my personal data per the terms outlined in the Data Privacy Notification and Consent.*

[ Email results ]

The ONPATTRO Infusion Center Directory is for informational purposes only. No fees or other remuneration have been or will be exchanged for an infusion center's inclusion in this database. Inclusion of centers in this database will be based on opt-in approval by authorized personnel for those sites listed. Inclusion in this database does not represent an endorsement, recommendation for, or referral to, the infusion centers listed in this database by Alnylam Pharmaceuticals. Likewise, participating infusion centers do not necessarily administer or endorse any Alnylam products.

[ Next: Alnylam Assist® › ]

**Important Safety Information and Indication**
**Important Safety Information**
**What are the most important things I should know about ONPATTRO® (patisiran)?**
ONPATTRO can cause:

- **Infusion-related reactions**
  ONPATTRO is given as a drip into a vein (called an "intravenous infusion"). Reactions to this infusion may happen during treatment with ONPATTRO. Before each infusion you will be given medicines that help to lower the chance of infusion-related reactions.

  Tell your doctor or nurse right away if you experience any of the following signs of an infusion-related reaction during treatment:
  - Reddening of the face or body (flushing), skin warm
  - Body aches or pain, including pain in the back, neck, or joints
  - Feeling sick (nausea)
  - Stomach pain
  - Feeling short of breath, cough, or other breathing problems
  - Headache
  - Chest discomfort or chest pain
  - Rash
  - Chills
  - Dizziness
  - Feeling tired (fatigue)
  - Rapid heart rate
  - Facial swelling

  If you have an infusion-related reaction, your doctor or nurse may slow down or stop your infusion, and you may need to take other medicines. When these reactions stop, or get better, your doctor or nurse may decide to start the infusion again.

- **Low Vitamin A levels**
  Treatment with ONPATTRO lowers the amount of vitamin A in your blood. Your doctor will tell you to take a vitamin A supplement every day. You should not take more than the amount of vitamin A recommended by your doctor.

  Low vitamin A levels can affect vision. If you have problems with your vision (e.g., night blindness) while taking ONPATTRO, talk to your doctor. Your doctor may refer you to an eye specialist.

**What are the common side effects of ONPATTRO?**
The most common side effects of ONPATTRO are respiratory infections, such as colds, sinus infections, and nasal congestion, and infusion-related reactions. These are not all the possible side effects of ONPATTRO. Talk to your doctor about side effects that you experience. You are encouraged to report negative side effects of prescription drugs to the FDA. Visit www.fda.gov/medwatch, or call 1-800-FDA-1088.

**Indication**
**What is ONPATTRO?**
ONPATTRO is a prescription medicine that treats the polyneuropathy caused by an illness called hereditary transthyretin-mediated amyloidosis (hATTR amyloidosis). ONPATTRO is used in adults only.

**For additional information about ONPATTRO, please see the full Prescribing Information.**

Questions? Call 1-833-256-2748
Privacy Policy | Legal Notice | Contact Us | Site Map



ONPATTRO, Alnylam Assist, and their associated logos are trademarks of Alnylam Pharmaceuticals, Inc. © 2024 Alnylam Pharmaceuticals, Inc. All rights reserved.
TTR02-USA-00027-092018-V8

# Preparing for Home Administration
## with ONPATTRO® (patisiran)



### Indication
**What is ONPATTRO?**

ONPATTRO is a prescription medicine that treats the polyneuropathy caused by an illness called hereditary transthyretin-mediated amyloidosis (hATTR amyloidosis). ONPATTRO is used in adults only.

### Important Safety Information

Tell your doctor or nurse right away if you experience any signs of an infusion-related reaction during treatment. If you have an infusion-related reaction, your doctor or nurse may slow down or stop your infusion, and you may need to take other medicines. When these reactions stop, or get better, your doctor or nurse may decide to start the infusion again.

**Please see additional Important Safety Information on pages 10–11 and full Prescribing Information.**

onpattro®
(patisiran) lipid complex injection
10 mg/5 mL

# What does home administration mean?



Home administration allows patients to receive intravenous (IV) infusions at home rather than at an infusion center or a doctor's office. Depending on what you and your doctor determine is best for you, you may be able to have your ONPATTRO® (patisiran) infusions administered at home.

Home administration is not an option for every patient being treated with ONPATTRO. Each patient's treatment plan is unique, and insurance coverage can vary—some private insurance plans and some state Medicaid and Medicare programs do not cover home administration. Talk to your doctor to find out if home administration is right for you.

An Alnylam Case Manager can answer questions you may have and help you understand what to expect with home administration.

**This guide will help you prepare to have your ONPATTRO infusions administered at home.**

 To reach an Alnylam Case Manager, call **1-833-256-2748** Monday–Friday, 8AM–6PM.

 **&**

 For more information about Alnylam Assist™ or to access downloadable materials, visit **www.AlnylamAssist.com**.

**Please see additional <u>Important Safety Information</u> on pages 10-11 and full <u>Prescribing Information</u>.**



# What's different about home administration?

There are similarities between receiving ONPATTRO® (patisiran) at an infusion center and at home. Here is what you can expect with home administration:

- Your doctor will prescribe ONPATTRO and can work with Alnylam Assist™ to arrange home administration

- A specialty pharmacy will call you to discuss the timing of your infusion and answer any questions you may have about the home administration process

- A home administration nurse will call you to schedule your first infusion and set up an infusion schedule

- ONPATTRO medication and supplies for your infusion will be shipped directly to your home every 3 weeks

- On the day of your infusion, your nurse will come to your home to prepare and administer ONPATTRO. They will monitor you during the infusion and, if needed, continue to monitor you after the infusion

- You will continue to receive support services from Alnylam Assist, including financial assistance for eligible individuals,[a] disease education, and help connecting to local resources



Your prescribed medication will be sent directly to you from a specialty pharmacy. Some of these medications, including ONPATTRO, will need to be stored in the refrigerator.

[a]Patients must meet specified eligibility criteria to qualify for assistance. Alnylam reserves the right to make eligibility determinations and to modify or discontinue any program at any time.

**Please see additional <u>Important Safety Information</u> on pages 10-11 and full <u>Prescribing Information</u>.**



# How will I receive ONPATTRO® (patisiran) and the infusion supplies?

ONPATTRO and the supplies for your infusion will be delivered directly to your home by a specialty pharmacy. It is important to note that someone may need to be home to sign for your ONPATTRO shipment, which will arrive in a refrigerated box.

**In your first shipment, you will find:**

- A Welcome Packet
- ONPATTRO vials
- Your prescribed premedications
- Saline bag
- An IV pole
- An ambulatory infusion pump
- Additional supplies and emergency medications

Before you receive your first home administration shipment, consider dedicating a small refrigerator for the storage of your ONPATTRO vials. You may also want to find a place to keep the other medications and infusion supplies.

Be sure to read through your **Welcome Packet**—it contains important contact information, ambulatory infusion pump instructions, and specific storage instructions for your ONPATTRO vials, premedications, and infusion supplies.

**Please see additional Important Safety Information on pages 10-11 and full Prescribing Information.**



## Your home administration shipment may include:



**ONPATTRO® (patisiran) vials**

**Premedications**

**Saline bag**

**Ambulatory infusion pump**

**Additional supplies and emergency medications**

**IV pole**

Items not drawn to scale. Actual supplies may vary from illustration.

**Please see additional <u>Important Safety Information</u> on pages 10-11 and full <u>Prescribing Information</u>.**



# ONPATTRO® (patisiran) storage instructions



You may notice a white to off-white coating on the inner surface of the ONPATTRO vial; the quality of the medicine is not affected by this coating. **Do not shake the medication.**



Keep the vials in their cartons and store them in your refrigerator as soon as you receive them.



**Do not freeze**. If the contents in the vial freeze, reach out to the specialty pharmacy to arrange for disposal and replacement vials.

# Infusion supplies storage instructions



- **IMPORTANT**—store the other medications and infusion supplies in a cool, dry place
- Do not store these supplies in a place exposed to sunlight or too close to a heat source, such as a radiator, water heater, stove, or refrigerator fan
- If your supplies have been left outside in the heat or too close to a heat source, please reach out to the specialty pharmacy

**Please see additional <u>Important Safety Information</u> on pages 10-11 and full <u>Prescribing Information</u>.**



# Premedications

As part of your treatment plan, your doctor will prescribe a combination of required premedications used to reduce the risk of infusion-related reactions. Instructions for how to store these medications will be included in the shipment from your specialty pharmacy.

These premedications may include:

- A corticosteroid
- Acetaminophen
- Two antihistamines

Premedications should be administered at least 60 minutes before each ONPATTRO® (patisiran) infusion. You should take your premedications as instructed by your home administration nurse or doctor.



In case of a power outage, ONPATTRO can be stored at room temperature up to 77°F for up to 14 days.

**Please see additional Important Safety Information on pages 10-11 and full Prescribing Information.**



# What is the process for home administration?

ONPATTRO® (patisiran) is given by IV infusion once every 3 weeks. Before your scheduled infusion, your nurse will call to confirm your appointment date and time.



### Set up
Before your nurse arrives, **set up a space for the infusion**. This may include a comfortable chair and a clean space for your nurse to work. You should also **gather your infusion supplies** and remove ONPATTRO cartons from the refrigerator so they are ready when your infusion nurse arrives.



### Receive premedications
At least **60 minutes before** your IV infusion, you will receive premedications commonly used to reduce the risk of infusion-related reactions.



### ONPATTRO infusion
Your nurse will prepare and administer ONPATTRO by an IV infusion, which takes about **80 minutes**. They will periodically check to make sure there are no issues throughout your infusion.



### After the infusion
After you've received your dose, you may be monitored in case you have any reactions to ONPATTRO. **Remember to confirm your next appointment before your infusion nurse leaves.**



With ONPATTRO treatment, laboratory monitoring is not required.

**Please see additional <u>Important Safety Information</u> on pages 10-11 and full <u>Prescribing Information</u>.**





**Set up**     **Receive premedications**     ~60 minutes     **ONPATTRO® (patisiran) infusion**     ~80 minutes     **After the infusion**     **Confirm your next infusion**

# What are the possible side effects?

**The most common side effects in patients treated with ONPATTRO were respiratory infections such as colds, sinus infections, and nasal congestion, and infusion-related reactions.**

The most common infusion-related reactions people experienced were:

- Flushing of skin
- Nausea
- Difficulty breathing
- Back pain
- Stomach pain
- Headache

Infusion-related reactions decreased over time.

If you experience any side effects after your nurse has left, reach out to your doctor as soon as possible. **In case of an emergency, dial 9-1-1.**

**Please see additional <u>Important Safety Information</u> on pages 10-11 and full <u>Prescribing Information</u>.**



**9**

## Indication

### What is ONPATTRO® (patisiran)?

ONPATTRO is a prescription medicine that treats the polyneuropathy caused by an illness called hereditary transthyretin-mediated amyloidosis (hATTR amyloidosis). ONPATTRO is used in adults only.

## Important Safety Information

### What are the most important things I should know about ONPATTRO?

ONPATTRO can cause:

- **Infusion-related reactions**
  ONPATTRO is given as a drip into a vein (called an "intravenous infusion"). Reactions to this infusion may happen during treatment with ONPATTRO. Before each infusion you will be given medicines that help to lower the chance of infusion-related reactions.

  Tell your doctor or nurse right away if you experience any of the following signs of an infusion-related reaction during treatment:

  - Reddening of the face or body (flushing), skin warm
  - Body aches or pain, including pain in the back, neck, or joints
  - Feeling sick (nausea)
  - Stomach pain
  - Feeling short of breath, cough, or other breathing problems
  - Headache
  - Chest discomfort or chest pain
  - Rash
  - Chills
  - Dizziness
  - Feeling tired (fatigue)
  - Rapid heart rate
  - Facial swelling

  If you have an infusion-related reaction, your doctor or nurse may slow down or stop your infusion, and you may need to take other medicines. When these reactions stop, or get better, your doctor or nurse may decide to start the infusion again.



- **Low Vitamin A levels**
Treatment with ONPATTRO® (patisiran) lowers the amount of vitamin A in your blood. Your doctor will tell you to take a vitamin A supplement every day. You should not take more than the amount of vitamin A recommended by your doctor.

Low vitamin A levels can affect vision. If you have problems with your vision (e.g., night blindness) while taking ONPATTRO, talk to your doctor. Your doctor may refer you to an eye specialist.

**What are the common side effects of ONPATTRO?**
The most common side effects of ONPATTRO are respiratory infections, such as colds, sinus infections, and nasal congestion, and infusion-related reactions. These are not all the possible side effects of ONPATTRO. Talk to your doctor about side effects that you experience.
You are encouraged to report negative side effects of prescription drugs to the FDA.
Visit www.fda.gov/medwatch, or call 1-800-FDA-1088.

**For additional information about ONPATTRO, please see the full Prescribing Information.**





Visit **www.onpattro.com** for more information.

**For additional information about ONPATTRO® (patisiran),
please see the full [Prescribing Information](#).**





ONPATTRO, Alnylam Assist, and their associated logos are trademarks of Alnylam Pharmaceuticals, Inc.
© 2022 Alnylam Pharmaceuticals, Inc. All rights reserved.   TTR02-USA-00346-V8

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
**These highlights do not include all the information needed to use ONPATTRO® safely and effectively. See full prescribing information for ONPATTRO.**

**ONPATTRO (patisiran) lipid complex injection, for intravenous use**
**Initial U.S. Approval: 2018**

-----------------------**INDICATIONS AND USAGE**----------------------
ONPATTRO contains a transthyretin-directed small interfering RNA and is indicated for the treatment of the polyneuropathy of hereditary transthyretin-mediated amyloidosis in adults. (1)

-----------------**DOSAGE AND ADMINISTRATION**-----------------
- For patients weighing less than 100 kg, the recommended dosage is 0.3 mg/kg every 3 weeks by intravenous infusion. For patients weighing 100 kg or more, the recommended dosage is 30 mg (2.1)
- Premedicate with a corticosteroid, acetaminophen, and antihistamines (2.2)
- Filter and dilute prior to administration (2.3)
- Infuse over approximately 80 minutes (2.4)

-----------------**DOSAGE FORMS AND STRENGTHS**----------------
Lipid Complex Injection: 10 mg/5 mL (2 mg/mL) in a single-dose vial (3)

------------------------**CONTRAINDICATIONS**------------------------
None (4)

------------------**WARNINGS AND PRECAUTIONS**-----------------
- Infusion-related reactions: Monitor for signs and symptoms during infusion. Slow or interrupt the infusion if clinically indicated. Discontinue the infusion if a serious or life-threatening infusion-related reaction occurs (5.1)
- Reduced serum vitamin A levels and recommended supplementation: Supplement with the recommended daily allowance of vitamin A. Refer to an ophthalmologist if ocular symptoms suggestive of vitamin A deficiency occur (5.2)

------------------------**ADVERSE REACTIONS**------------------------
The most frequently reported adverse reactions (that occurred in at least 10% of ONPATTRO-treated patients and at least 3% more frequently than on placebo) were upper respiratory tract infections and infusion-related reactions (6.1)

**To report SUSPECTED ADVERSE REACTIONS, contact Alnylam Pharmaceuticals at 1-877-256-9526 or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch.**

**See 17 for PATIENT COUNSELING INFORMATION.**

**Revised: 01/2023**

---

**FULL PRESCRIBING INFORMATION: CONTENTS\***

**1 INDICATIONS AND USAGE**
**2 DOSAGE AND ADMINISTRATION**
  2.1 Dosing Information
  2.2 Required Premedication
  2.3 Preparation Instructions
  2.4 Infusion Instructions
**3 DOSAGE FORMS AND STRENGTHS**
**4 CONTRAINDICATIONS**
**5 WARNINGS AND PRECAUTIONS**
  5.1 Infusion-Related Reactions
  5.2 Reduced Serum Vitamin A Levels and Recommended Supplementation
**6 ADVERSE REACTIONS**
  6.1 Clinical Trials Experience
  6.2 Immunogenicity
  6.3 Postmarketing Experience
**8 USE IN SPECIFIC POPULATIONS**
  8.1 Pregnancy
  8.2 Lactation
  8.4 Pediatric Use
  8.5 Geriatric Use
  8.6 Hepatic Impairment
  8.7 Renal Impairment
**11 DESCRIPTION**
**12 CLINICAL PHARMACOLOGY**
  12.1 Mechanism of Action
  12.2 Pharmacodynamics
  12.3 Pharmacokinetics
**13 NONCLINICAL TOXICOLOGY**
  13.1 Carcinogenesis, Mutagenesis, Impairment of Fertility
**14 CLINICAL STUDIES**
**16 HOW SUPPLIED/STORAGE AND HANDLING**
  16.1 How Supplied
  16.2 Storage and Handling
**17 PATIENT COUNSELING INFORMATION**

\*Sections or subsections omitted from the full prescribing information are not listed.

# FULL PRESCRIBING INFORMATION

# 1  INDICATIONS AND USAGE

ONPATTRO is indicated for the treatment of the polyneuropathy of hereditary transthyretin-mediated amyloidosis in adults.

# 2  DOSAGE AND ADMINISTRATION

## 2.1  Dosing Information

ONPATTRO should be administered by a healthcare professional.

ONPATTRO is administered via intravenous (IV) infusion. Dosing is based on actual body weight.

For patients weighing less than 100 kg, the recommended dosage is 0.3 mg/kg once every 3 weeks.

For patients weighing 100 kg or more, the recommended dosage is 30 mg once every 3 weeks.

Missed Dose

If a dose is missed, administer ONPATTRO as soon as possible.

- If ONPATTRO is administered within 3 days of the missed dose, continue dosing according to the patient's original schedule.
- If ONPATTRO is administered more than 3 days after the missed dose, continue dosing every 3 weeks thereafter.

## 2.2  Required Premedication

All patients should receive premedication prior to ONPATTRO administration to reduce the risk of infusion-related reactions (IRRs) *[see Warnings and Precautions (5.1)]*. Each of the following premedications should be given on the day of ONPATTRO infusion at least 60 minutes prior to the start of infusion:

- Intravenous corticosteroid (e.g., dexamethasone 10 mg, or equivalent)
- Oral acetaminophen (500 mg)
- Intravenous H1 blocker (e.g., diphenhydramine 50 mg, or equivalent)
- Intravenous H2 blocker (e.g., ranitidine 50 mg, or equivalent)

For premedications not available or not tolerated intravenously, equivalents may be administered orally.

For patients who are tolerating their ONPATTRO infusions but experiencing adverse reactions related to the corticosteroid premedication, the corticosteroid may be reduced by 2.5 mg increments to a minimum dose of 5 mg of dexamethasone (intravenous), or equivalent.

Some patients may require additional or higher doses of one or more of the premedications to reduce the risk of IRRs *[see Warnings and Precautions (5.1)]*.

## 2.3  Preparation Instructions

ONPATTRO must be filtered and diluted prior to intravenous infusion. The diluted solution for infusion should be prepared by a healthcare professional using aseptic technique as follows:

- Remove ONPATTRO from the refrigerator and allow to warm to room temperature. Do not shake or vortex.

- Inspect visually for particulate matter and discoloration. Do not use if discoloration or foreign particles are present. ONPATTRO is a white to off-white, opalescent, homogeneous solution. A white to off-white coating may be observed on the inner surface of the vial, typically at the liquid-headspace interface. Product quality is not impacted by presence of the white to off-white coating.

- Calculate the required dose of ONPATTRO based on the recommended weight-based dosage *[see Dosage and Administration (2.1)]*.

- Withdraw the entire contents of one or more vials into a single sterile syringe.

- Filter ONPATTRO through a sterile 0.45 micron polyethersulfone (PES) syringe filter into a sterile container.

- Withdraw the required volume of filtered ONPATTRO from the sterile container using a sterile syringe.

- Dilute the required volume of filtered ONPATTRO into an infusion bag containing 0.9% Sodium Chloride Injection, USP for a total volume of 200 mL. Use infusion bags that are di(2-ethylhexyl)phthalate-free (DEHP-free).

- Gently invert the bag to mix the solution. Do not shake. Do not mix or dilute with other drugs.

- Discard any unused portion of ONPATTRO.

- ONPATTRO does not contain preservatives. The diluted solution should be administered immediately after preparation. If not used immediately, store in the infusion bag at room temperature (up to 30°C [86°F]) for up to 16 hours (including infusion time). Do not freeze.

## 2.4  Infusion Instructions

- Use a dedicated line with an infusion set containing a 1.2 micron polyethersulfone (PES) in-line infusion filter. Use infusion sets and lines that are DEHP-free.

- Infuse the diluted solution of ONPATTRO intravenously, via an ambulatory infusion pump, over approximately 80 minutes, at an initial infusion rate of approximately 1 mL/min for the first 15 minutes, then increase to approximately 3 mL/min for the remainder of the infusion. The duration of infusion may be extended in the event of an IRR *[see Warnings and Precautions (5.1)]*.

- Administer only through a free-flowing venous access line. Monitor the infusion site for possible infiltration during drug administration. Suspected extravasation should be managed according to local standard practice for non-vesicants.

- Observe the patient during the infusion and, if clinically indicated, following the infusion *[see Warnings and Precautions (5.1)]*.

- After completion of the infusion, flush the intravenous administration set with 0.9% Sodium Chloride Injection, USP to ensure that all ONPATTRO has been administered.

# 3  DOSAGE FORMS AND STRENGTHS

Lipid Complex Injection: 10 mg/5 mL (2 mg/mL) white to off-white, opalescent, homogeneous solution in a single-dose vial.

# 4  CONTRAINDICATIONS

None.

# 5  WARNINGS AND PRECAUTIONS

## 5.1  Infusion-Related Reactions

Infusion-related reactions (IRRs) have been observed in patients treated with ONPATTRO. In clinical studies, all patients received premedication with a corticosteroid, acetaminophen, and antihistamines (H1 and H2 blockers) to reduce the risk of IRRs. In a controlled clinical study, 19% of ONPATTRO-treated patients experienced IRRs, compared to 9% of placebo-treated patients. Among ONPATTRO-treated patients who experienced an IRR, 79% experienced the first IRR within the first 2 infusions. The frequency of IRRs decreased over time. IRRs led to infusion interruption in 5% of patients. IRRs resulted in permanent discontinuation of ONPATTRO in less than 1% of patients in clinical studies. Across clinical studies, the most common symptoms (reported in greater than 2% of patients) of IRRs with ONPATTRO were flushing, back pain, nausea, abdominal pain, dyspnea, and headache *[see Adverse Reactions (6.1)]*. Severe hypotension and syncope have been reported as symptoms of IRRs in the expanded access program and postmarketing setting.

Patients should receive premedications on the day of ONPATTRO infusion, at least 60 minutes prior to the start of infusion *[see Dosage and Administration (2.2)]*. Monitor patients during the infusion for signs and symptoms of IRRs. If an IRR occurs, consider slowing or interrupting the ONPATTRO infusion and instituting medical management (e.g., corticosteroids or other symptomatic treatment), as clinically indicated. If the infusion is interrupted, consider resuming at a slower infusion rate only if symptoms have resolved. In the case of a serious or life-threatening IRR, the infusion should be discontinued and not resumed.

Some patients who experience IRRs may benefit from a slower infusion rate or additional or higher doses of one or more of the premedications with subsequent infusions to reduce the risk of IRRs *[see Dosage and Administration (2.2)]*.

## 5.2  Reduced Serum Vitamin A Levels and Recommended Supplementation

ONPATTRO treatment leads to a decrease in serum vitamin A levels. Supplementation at the recommended daily allowance of vitamin A is advised for patients taking ONPATTRO. Higher doses than the recommended daily allowance of vitamin A should not be given to try to achieve normal serum vitamin A levels during treatment with ONPATTRO, as serum vitamin A levels do not reflect the total vitamin A in the body.

Patients should be referred to an ophthalmologist if they develop ocular symptoms suggestive of vitamin A deficiency (e.g., night blindness).

# 6  ADVERSE REACTIONS

The following clinically significant adverse reactions are described elsewhere in the labeling:

- Infusion-Related Reactions *[see Warnings and Precautions (5.1)]*

### 6.1  Clinical Trials Experience

Because clinical studies are conducted under widely varying conditions, adverse reaction rates observed in the clinical studies of ONPATTRO cannot be directly compared to rates in the clinical studies of another drug and may not reflect the rates observed in practice.

A total of 224 patients with polyneuropathy caused by hereditary transthyretin-mediated amyloidosis (hATTR amyloidosis) received ONPATTRO in the placebo-controlled and open-label clinical studies, including 186 patients exposed for at least 1 year, 137 patients exposed for at least 2 years, and 52 patients exposed for at least 3 years. In the placebo-controlled study, 148 patients received ONPATTRO for up to 18 months (mean exposure 17.7 months). Baseline demographic and disease characteristics were generally similar between treatment groups. The median age of study patients was 62 years and 74% were male. Seventy-two percent of study patients were Caucasian, 23% were Asian, 2% were Black, and 2% were reported as other. At baseline, 46% of patients were in Stage 1 of the disease and 53% were in Stage 2. Forty-three percent of patients had Val30Met mutations in the transthyretin gene; the remaining patients had 38 other point mutations. Sixty-two percent of ONPATTRO-treated patients had non-Val30Met mutations, compared to 48% of the placebo-treated patients.

Upper respiratory tract infections and infusion-related reactions were the most common adverse reactions. One patient (0.7%) discontinued ONPATTRO because of an infusion-related reaction.

Patients were instructed to take the recommended daily allowance of vitamin A *[see Warnings and Precautions (5.2)]*. Sixty-four percent of patients treated with ONPATTRO had normal vitamin A levels at baseline, and 99% of those with a normal baseline developed low vitamin A levels. In one case, the decreased vitamin A level was reported as an adverse reaction.

Table 1 lists the adverse reactions that occurred in at least 5% of patients in the ONPATTRO-treated group and that occurred at least 3% more frequently than in the placebo-treated group in the randomized controlled clinical trial.

**Table 1:  Adverse Reactions from the Placebo-Controlled Trial that Occurred in at Least 5% of ONPATTRO-treated Patients and at Least 3% More Frequently than in Placebo-treated Patients**

| Adverse Reaction | ONPATTRO<br>N=148<br>% | Placebo<br>N=77<br>% |
|---|---|---|
| Upper respiratory tract infections [a] | 29 | 21 |
| Infusion-related reaction [b] | 19 | 9 |
| Dyspepsia | 8 | 4 |
| Dyspnea [c, d] | 8 | 0 |
| Muscle spasms [c] | 8 | 1 |
| Arthralgia [c] | 7 | 0 |
| Erythema [c] | 7 | 3 |
| Bronchitis [e] | 7 | 3 |
| Vertigo | 5 | 1 |

[a] Includes nasopharyngitis, upper respiratory tract infection, respiratory tract infection, pharyngitis, rhinitis, sinusitis, viral upper respiratory tract infection, upper respiratory tract congestion.
[b] Infusion-related reaction symptoms include, but are not limited to: arthralgia or pain (including back, neck, or musculoskeletal pain), flushing (including erythema of face or skin warm), nausea, abdominal pain, dyspnea or cough, chest discomfort or chest pain, headache, rash, chills, dizziness, fatigue, increased heart rate or palpitations, hypotension, hypertension, facial edema.

[c] Not part of an infusion-related reaction.
[d] Includes dyspnea and exertional dyspnea.
[e] Includes bronchitis, bronchiolitis, bronchitis viral, lower respiratory tract infection, lung infection.

Four serious adverse reactions of atrioventricular (AV) heart block (2.7%) occurred in ONPATTRO-treated patients, including 3 cases of complete AV block. No serious adverse reactions of AV block were reported in placebo-treated patients.

Ocular adverse reactions that occurred in 5% or less of ONPATTRO-treated patients in the controlled clinical trial, but in at least 2% of ONPATTRO-treated patients, and more frequently than on placebo, include dry eye (5% vs. 3%), blurred vision (3% vs. 1%), and vitreous floaters (2% vs. 1%).

Extravasation was observed in less than 0.5% of infusions in clinical studies, including cases that were reported as serious. Signs and symptoms included phlebitis or thrombophlebitis, infusion or injection site swelling, dermatitis (subcutaneous inflammation), cellulitis, erythema or injection site redness, burning sensation, or injection site pain.

## 6.2  Immunogenicity

The detection of antibody formation is highly dependent on the sensitivity and specificity of the assay. In addition, the observed incidence of antibody (including neutralizing antibody) positivity in an assay may be influenced by several factors, including assay methodology, sample handling, timing of sample collection, concomitant medications, and underlying disease. For these reasons, comparison of the incidence of antibodies to ONPATTRO in the studies described below with the incidence of antibodies in other studies or to other products may be misleading.

Anti-drug antibodies to ONPATTRO were evaluated by measuring antibodies specific to $PEG_{2000}$-C-DMG, a lipid component exposed on the surface of ONPATTRO. In the placebo-controlled and open-label clinical studies, 7 of 194 (3.6%) patients with hATTR amyloidosis developed anti-drug antibodies during treatment with ONPATTRO. One additional patient had pre-existing anti-drug antibodies. There was no evidence of an effect of anti-drug antibodies on clinical efficacy, safety, or the pharmacokinetic or pharmacodynamic profiles of ONPATTRO. Although these data do not demonstrate an impact of anti-drug antibody development on the efficacy or safety of ONPATTRO in these patients, the available data are too limited to make definitive conclusions.

## 6.3  Postmarketing Experience

The following adverse reactions have been identified during postapproval use of ONPATTRO. Because these reactions are reported voluntarily from a population of uncertain size, it is not always possible to reliably estimate their frequency or establish a causal relationship to drug exposure.

Symptoms of infusion-related reactions have included syncope *[see Warnings and Precautions (5.1)]* and pruritus.

# 8  USE IN SPECIFIC POPULATIONS

## 8.1  Pregnancy

<u>Pregnancy Exposure Registry</u>

There is a pregnancy exposure registry that monitors pregnancy outcomes in women exposed to ONPATTRO during pregnancy. Physicians are encouraged to enroll pregnant patients, or pregnant women may register themselves in the program by calling 1-877-256-9526 or by contacting alnylampregnancyprogram@iqvia.com.

Risk Summary

There are no available data on ONPATTRO use in pregnant women to inform a drug-associated risk of adverse developmental outcomes. ONPATTRO treatment leads to a decrease in serum vitamin A levels, and vitamin A supplementation is advised for patients taking ONPATTRO. Vitamin A is essential for normal embryofetal development; however, excessive levels of vitamin A are associated with adverse developmental effects. The effects on the fetus of a reduction in maternal serum TTR caused by ONPATTRO and of vitamin A supplementation are unknown *[see Clinical Pharmacology (12.2), Warnings and Precautions (5.2)]*.

In animal studies, intravenous administration of patisiran lipid complex (patisiran-LC) to pregnant rabbits resulted in developmental toxicity (embryofetal mortality and reduced fetal body weight) at doses that were also associated with maternal toxicity. No adverse developmental effects were observed when patisiran-LC or a rodent-specific (pharmacologically active) surrogate were administered to pregnant rats (see *Data*).

In the U.S. general population, the estimated background risk of major birth defects and miscarriage in clinically recognized pregnancies is 2 to 4% and 15 to 20%, respectively. The background risk of major birth defects and miscarriage for the indicated population is unknown.

Data

*Animal Data*

Intravenous administration of patisiran LC (0, 0.15, 0.50, or 1.5 mg/kg) or a rodent-specific (pharmacologically active) surrogate (1.5 mg/kg) to female rats every week for two weeks prior to mating and continuing throughout organogenesis resulted in no adverse effects on fertility or embryofetal development.

Intravenous administration of patisiran-LC (0, 0.1, 0.3, or 0.6 mg/kg) to pregnant rabbits every week during the period of organogenesis produced no adverse effects on embryofetal development. In a separate study, patisiran-LC (0, 0.3, 1, or 2 mg/kg), administered to pregnant rabbits every week during the period of organogenesis, resulted in embryofetal mortality and reduced fetal body weight at the mid and high doses, which were associated with maternal toxicity.

Intravenous administration of patisiran-LC (0, 0.15, 0.50, or 1.5 mg/kg) or a rodent-specific surrogate (1.5 mg/kg) to pregnant rats every week throughout pregnancy and lactation resulted in no adverse developmental effects on the offspring.

## 8.2  Lactation

Risk Summary

There is no information regarding the presence of ONPATTRO in human milk, the effects on the breastfed infant, or the effects on milk production. The developmental and health benefits of breastfeeding should be considered along with the mother's clinical need for ONPATTRO and any potential adverse effects on the breastfed infant from ONPATTRO or from the underlying maternal condition.

In lactating rats, patisiran was not detected in milk; however, the lipid components (DLin-MC3-DMA and $PEG_{2000}$-C-DMG) were present in milk.

## 8.4  Pediatric Use

Safety and effectiveness in pediatric patients have not been established.

## 8.5  Geriatric Use

No dose adjustment is required in patients ≥65 years old *[see Clinical Pharmacology (12.3)]*. A total of 62 patients ≥65 years of age, including 9 patients ≥75 years of age, received ONPATTRO in the placebo-controlled study. No overall differences in safety or effectiveness were observed between these patients and younger patients, but greater sensitivity of some older individuals cannot be ruled out.

## 8.6  Hepatic Impairment

No dose adjustment is necessary in patients with mild hepatic impairment (bilirubin ≤1 x ULN and AST >1 x ULN, or bilirubin >1.0 to 1.5 x ULN) *[see Clinical Pharmacology (12.3)]*. ONPATTRO has not been studied in patients with moderate or severe hepatic impairment.

## 8.7  Renal Impairment

No dose adjustment is necessary in patients with mild or moderate renal impairment (estimated glomerular filtration rate [eGFR] ≥30 to <90 mL/min/1.73m²) *[see Clinical Pharmacology (12.3)]*. ONPATTRO has not been studied in patients with severe renal impairment or end-stage renal disease.

# 11  DESCRIPTION

ONPATTRO contains patisiran, a double-stranded small interfering ribonucleic acid (siRNA), formulated as a lipid complex for delivery to hepatocytes. Patisiran specifically binds to a genetically conserved sequence in the 3' untranslated region (3'UTR) of mutant and wild-type transthyretin (TTR) messenger RNA (mRNA).

The structural formula is:



A, adenosine; C, cytidine; G, guanosine; U, uridine; Cm, 2'-*O*-methylcytidine; Um, 2'-*O*-methyluridine; dT, thymidine

ONPATTRO is supplied as a sterile, preservative-free, white to off-white, opalescent, homogeneous solution for intravenous infusion in a single-dose glass vial. Each 1 mL of solution contains 2 mg of patisiran (equivalent to 2.1 mg of patisiran sodium). Each 1 mL also contains 6.2 mg cholesterol USP, 13.0 mg (6Z,9Z,28Z,31Z)-heptatriaconta-6,9,28,31-tetraen-19-yl-4-(dimethylamino) butanoate (DLin-MC3-DMA), 3.3 mg 1,2-distearoyl-*sn*-glycero-3-phosphocholine (DSPC), 1.6 mg α-(3'-{[1,2-di(myristyloxy)propanoxy] carbonylamino}propyl)-ω-methoxy, polyoxyethylene (PEG$_{2000}$-C-DMG), 0.2 mg potassium phosphate monobasic anhydrous NF, 8.8 mg sodium chloride USP, 2.3 mg sodium phosphate dibasic heptahydrate USP, and Water for Injection USP. The pH is ~7.0.

The molecular formula of patisiran sodium is $C_{412} H_{480} N_{148} Na_{40} O_{290} P_{40}$ and the molecular weight is 14304 Da.

# 12  CLINICAL PHARMACOLOGY

## 12.1  Mechanism of Action

Patisiran is a double-stranded siRNA that causes degradation of mutant and wild-type TTR mRNA through RNA interference, which results in a reduction of serum TTR protein and TTR protein deposits in tissues.

## 12.2  Pharmacodynamics

The pharmacodynamic effects of ONPATTRO were evaluated in hATTR amyloidosis patients treated with 0.3 mg/kg ONPATTRO via intravenous infusion once every 3 weeks.

Mean serum TTR was reduced by approximately 80% within 10 to 14 days after a single dose. With repeat dosing every 3 weeks, mean reductions of serum TTR after 9 and 18 months of treatment were 83% and 84%, respectively. The mean maximum reduction of serum TTR over 18 months was 88%. Similar TTR reductions were observed regardless of TTR mutation, sex, age, race, or prior liver transplantation. In a dose-ranging study, greater TTR reduction was maintained over the dosing interval with the recommended dosing regimen of 0.3 mg/kg every 3 weeks compared to 0.3 mg/kg every 4 weeks.

Serum TTR is a carrier of retinol binding protein, which is involved in the transport of vitamin A in the blood. Mean reductions in serum retinol binding protein of 45% and serum vitamin A of 62% were observed over 18 months *[see Warnings and Precautions (5.2)]*.

## 12.3  Pharmacokinetics

Following a single intravenous administration, systemic exposure to patisiran increases in a linear and dose-proportional manner over the range of 0.01 to 0.5 mg/kg. Greater than 95% of patisiran in the circulation is associated with the lipid complex. At the recommended dosing regimen of 0.3 mg/kg every 3 weeks, steady state is reached by 24 weeks of treatment. The estimated mean ± SD steady state peak concentrations ($C_{max}$), trough concentrations ($C_{trough}$), and area under the curve ($AUC_\tau$) were $7.15 \pm 2.14$ µg/mL, $0.021 \pm 0.044$ µg/mL, and $184 \pm 159$ µg·h/mL, respectively. The accumulation of $AUC_\tau$ was 3.2-fold at steady state, compared to the first dose. In the placebo-controlled study, inter-patient variability in patisiran exposure did not result in differences in clinical efficacy (mNIS+7 change from baseline) or safety (adverse events, serious adverse events).

<u>Distribution</u>

Plasma protein binding of ONPATTRO is low, with ≤2.1% binding observed *in vitro* with human serum albumin and human α1-acid glycoprotein. ONPATTRO distributes primarily to the liver. At the recommended dosing regimen of 0.3 mg/kg every 3 weeks, the mean ± SD steady state volume of distribution of patisiran ($V_{ss}$) was $0.26 \pm 0.20$ L/kg.

<u>Elimination</u>

The terminal elimination half-life (mean ± SD) of patisiran is $3.2 \pm 1.8$ days. Patisiran is mainly cleared through metabolism, and the total body clearance (mean ± SD) at steady state ($CL_{ss}$) is $3.0 \pm 2.5$ mL/h/kg.

*Metabolism*

Patisiran is metabolized by nucleases to nucleotides of various lengths.

*Excretion*

Less than 1% of the administered dose of patisiran is excreted unchanged into urine.

Specific Populations

Age, race (non-Caucasian vs. Caucasian), sex, and prior liver transplantation had no impact on the steady state pharmacokinetics of patisiran or TTR reduction. Population pharmacokinetic and pharmacodynamic analyses indicated no impact of mild or moderate renal impairment (eGFR ≥30 to <90 mL/min/1.73m$^2$) or mild hepatic impairment (bilirubin ≤1 x ULN and AST >1 x ULN, or bilirubin >1.0 to 1.5 x ULN) on patisiran exposure or TTR reduction. ONPATTRO has not been studied in patients with severe renal impairment, end-stage renal disease, or moderate or severe hepatic impairment.

Drug Interaction Studies

No formal clinical drug interaction studies have been performed. The components of ONPATTRO are not inhibitors or inducers of cytochrome P450 enzymes or transporters at clinically relevant plasma concentrations. Patisiran is not a substrate of cytochrome P450 enzymes. In a population pharmacokinetic analysis, concomitant use of strong or moderate CYP3A inducers and inhibitors did not impact the pharmacokinetic parameters of patisiran. ONPATTRO is not expected to cause drug-drug interactions or to be affected by inhibitors or inducers of cytochrome P450 enzymes.

# 13  NONCLINICAL TOXICOLOGY

## 13.1  Carcinogenesis, Mutagenesis, Impairment of Fertility

Carcinogenesis

Patisiran-LC was not carcinogenic in TgRasH2 mice when administered at intravenous (IV) doses of 0, 0.5, 2, or 6 mg/kg every two weeks for 26 weeks.

Mutagenesis

Patisiran-LC was negative for genotoxicity in *in vitro* (bacterial mutagenicity assay, chromosomal aberration assay in human peripheral blood lymphocytes) and *in vivo* (mouse bone marrow micronucleus) assays.

Impairment of Fertility

Intravenous (IV) administration of patisiran-LC (0, 0.03, 0.1, or 0.3 mg/kg) or a rodent-specific (pharmacologically active) surrogate (0.1 mg/kg) to male rats every two weeks prior to and throughout mating to untreated females produced no adverse effects on fertility.

Intravenous administration of patisiran-LC (0, 0.15, 0.50, or 1.5 mg/kg) or a rodent-specific (pharmacologically active) surrogate (1.5 mg/kg) to female rats every week for two weeks prior to mating and continuing throughout organogenesis resulted in no adverse effects on fertility or on embryofetal development.

Intravenous administration of patisiran-LC (0, 0.3, 1, or 2 mg/kg) to adult monkeys every three weeks for 39 weeks produced no adverse effects on male reproductive organs or on sperm morphology or count.

# 14  CLINICAL STUDIES

The efficacy of ONPATTRO was demonstrated in a randomized, double-blind, placebo-controlled, multicenter clinical trial in adult patients with polyneuropathy caused by hATTR amyloidosis (NCT 01960348). Patients were randomized in a 2:1 ratio to receive ONPATTRO 0.3 mg/kg (N=148) or placebo (N=77), respectively, via intravenous infusion once every 3 weeks for 18 months. All patients received premedication with a corticosteroid, acetaminophen, and H1 and H2

blockers. Ninety-three percent of ONPATTRO-treated patients and 62% of placebo-treated patients completed 18 months of the assigned treatment.

The primary efficacy endpoint was the change from baseline to Month 18 in the modified Neuropathy Impairment Score +7 (mNIS+7). The mNIS+7 is an objective assessment of neuropathy and comprises the NIS and Modified +7 (+7) composite scores. In the version of the mNIS+7 used in the trial, the NIS objectively measures deficits in cranial nerve function, muscle strength, and reflexes, and the +7 assesses postural blood pressure, quantitative sensory testing, and peripheral nerve electrophysiology. The maximum possible score was 304 points, with higher scores representing a greater severity of disease.

The clinical meaningfulness of effects on the mNIS+7 was assessed by the change from baseline to Month 18 in Norfolk Quality of Life-Diabetic Neuropathy (QoL-DN) total score. The Norfolk QoL-DN scale is a patient-reported assessment that evaluates the subjective experience of neuropathy in the following domains: physical functioning/large fiber neuropathy, activities of daily living, symptoms, small fiber neuropathy, and autonomic neuropathy. The version of the Norfolk QoL-DN that was used in the trial had a total score range from -4 to 136, with higher scores representing greater impairment.

The changes from baseline to Month 18 on both the mNIS+7 and the Norfolk QoL-DN significantly favored ONPATTRO (Table 2, Figure 1 and Figure 3). The distributions of changes in mNIS+7 and Norfolk QoL-DN scores from baseline to Month 18 by percent of patients are shown in Figure 2 and Figure 4, respectively.

The changes from baseline to Month 18 in modified body mass index (mBMI) and gait speed (10-meter walk test) significantly favored ONPATTRO (Table 2).

**Table 2:     Clinical Efficacy Results from the Placebo-Controlled Study**

| Endpoint[a] | Baseline, Mean (SD) | | Change from Baseline to Month 18, LS Mean (SEM) | | ONPATTRO-Placebo Treatment Difference, LS Mean (95% CI) | p-value |
|---|---|---|---|---|---|---|
| | ONPATTRO N=148 | Placebo N=77 | ONPATTRO | Placebo | | |
| **Primary** | | | | | | |
| mNIS+7 [b] | 80.9 (41.5) | 74.6 (37.0) | -6.0 (1.7) | 28.0 (2.6) | -34.0 (-39.9, -28.1) | p<0.001 |
| **Secondary** | | | | | | |
| Norfolk QoL-DN [b] | 59.6 (28.2) | 55.5 (24.3) | -6.7 (1.8) | 14.4 (2.7) | -21.1 (-27.2, -15.0) | p<0.001 |
| 10-meter walk test (m/sec) [c] | 0.80 (0.40) | 0.79 (0.32) | 0.08 (0.02) | -0.24 (0.04) | 0.31 (0.23, 0.39) | p<0.001 |
| mBMI [d] | 970 (210) | 990 (214) | -3.7 (9.6) | -119 (14.5) | 116 (82, 149) | p<0.001 |

CI, confidence interval; LS, least squares; mBMI, modified body mass index; mNIS, modified Neuropathy Impairment Score; QoL-DN, Quality of Life – Diabetic Neuropathy; SD, standard deviation; SEM, standard error of the mean
[a] All endpoints analyzed using the mixed-effect model repeated measures (MMRM) method.
[b] A lower value indicates less impairment/fewer symptoms.
[c] A higher number indicates less disability/less impairment.
[d] mBMI: body mass index (BMI; kg/m$^2$) multiplied by serum albumin (g/L); a higher number indicates better nutritional status.

**Figure 1:     Change from Baseline in mNIS+7**



N of evaluable patients

| | | | |
|---|---|---|---|
| Placebo | 77 | 67 | 51 |
| ONPATTRO | 148 | 141 | 137 |

A decrease in mNIS+7 indicates improvement.
Δ indicates between-group treatment difference, shown as the LS mean difference (95% CI) for ONPATTRO – placebo.

**Figure 2:     Histogram of mNIS+7 Change from Baseline at Month 18**



mNIS+7 change scores are rounded to the nearest whole number; last available post-baseline scores were used.
Categories are mutually exclusive; patients who died before 18 months are summarized in the "Death" category only.

**Figure 3:    Change from Baseline in Norfolk QoL-DN Score**



A decrease in Norfolk QoL-DN score indicates improvement.
Δ indicates between-group treatment difference, shown as the LS mean difference (95% CI) for ONPATTRO – placebo.

**Figure 4:    Histogram of Norfolk QoL-DN Change from Baseline at Month 18**



Norfolk QoL-DN change scores are rounded to the nearest whole number; last available post-baseline scores were used.
Categories are mutually exclusive; patients who died before 18 months are summarized in the "Death" category only.

Patients receiving ONPATTRO experienced similar improvements relative to placebo in mNIS+7 and Norfolk QoL-DN score across all subgroups including age, sex, race, region, NIS score, Val30Met mutation status, and disease stage.

# 16  HOW SUPPLIED/STORAGE AND HANDLING

## 16.1  How Supplied

ONPATTRO is a sterile, preservative-free, white to off-white, opalescent, homogeneous solution for intravenous infusion supplied as a 10 mg/5 mL (2 mg/mL) solution in a single-dose glass vial. The vial stopper is not made with natural rubber latex. ONPATTRO is available in cartons containing one single-dose vial each.

The NDC is: 71336-1000-1.

## 16.2  Storage and Handling

Store at 2°C to 8°C (36°F to 46°F). Do not freeze. Discard vial if it has been frozen.

If refrigeration is not available, ONPATTRO can be stored at room temperature up to 25°C (up to 77°F) for up to 14 days.

For storage conditions of ONPATTRO after dilution in the infusion bag, see Dosage and Administration (2.3).

# 17  PATIENT COUNSELING INFORMATION

<u>Infusion-Related Reactions</u>

Inform patients about the signs and symptoms of infusion-related reactions (e.g., flushing, dyspnea, chest pain, syncope, rash, increased heart rate, facial edema). Advise patients to contact their healthcare provider immediately if they experience signs and symptoms of infusion-related reactions *[see Warnings and Precautions (5.1)]*.

<u>Recommended Vitamin A Supplementation</u>

Inform patients that ONPATTRO treatment leads to a decrease in vitamin A levels measured in the serum. Instruct patients to take the recommended daily allowance of vitamin A. Advise patients to contact their healthcare provider if they experience ocular symptoms suggestive of vitamin A deficiency (e.g., night blindness) and refer them to an ophthalmologist if they develop these symptoms *[see Warnings and Precautions (5.2)]*.

<u>Pregnancy</u>

Instruct patients that if they are pregnant or plan to become pregnant while taking ONPATTRO they should inform their healthcare provider. Advise female patients of childbearing potential of the potential risk to the fetus. Encourage patients to enroll in the ONPATTRO pregnancy exposure registry if they become pregnant while taking ONPATTRO *[see Use in Specific Populations (8.1)]*.


Manufactured for: Alnylam Pharmaceuticals, Inc.
300 Third Street, Cambridge, MA 02142
By: Ajinomoto Althea, Inc.
11040 Roselle Street, San Diego, CA 92121

ONPATTRO is a registered trademark of Alnylam Pharmaceuticals, Inc.