# Exhibit 6




🔍

⊕ Back to Results

# A Multicenter Observational Study to Evaluate the Effectiveness of Patisiran in Patients With Polyneuropathy of ATTRv Amyloidosis With a V122I or T60A Mutation

`COMPLETED`

To evaluate the effectiveness of patisiran in patients with ATTRv amyloidosis with polyneuropathy who have a V122I or T60A mutation.

## Trial at a Glance

| | |
|---|---|
| Trial ID ⓘ | **ALN-TTR02-012** |
| Condition ⓘ | **Transthyretin Amyloidosis (ATTR)** |
| Drug/Treatment ⓘ | **Patisiran** |
| Does this trial use a placebo? ⓘ | **No** |
| Trial Type ⓘ | **Observational** |
| Number of Participants | **67 participants** |
| Trial dates | **December 18, 2019 - May 24, 2022** |

⊕ For more information:  NCT04201418

## Who participated?



**👤 AGE**

**18+ Years**

**⚇ SEX**

**All**

**✚ ACCEPTS HEALTHY VOLUNTEERS?**

**No**



## Where did the study take place?

Search location 🔍

Chapel Hill - Chapel Hill, NC, USA

Charlotte - Charlotte, NC, USA

Columbus - Columbus, OH, USA

Allentown - Allentown, PA, USA

Bethlehem - Bethlehem, PA, USA

Lancaster - Lancaster, PA, USA

Pittsburgh - Pittsburgh, PA, USA

Pittsburgh - Pittsburgh, PA, USA

Germantown - Germantown, TN, USA

Austin - Austin, TX, USA

San Antonio - 2455 NE Interstate 410 Loop #150, San Antonio, TX 78217, USA

Milwaukee - Milwaukee, WI, USA



## Inquire about a clinical trial

Contact Alnylam directly with any questions about our clinical trials.

CONTACT US ›







Privacy policy    Legal Notice    Alnylam.com

Copyright © 2024 Alnylam Pharmaceuticals, Inc. — All Rights Reserved
Follow Us:





 **ClinicalTrials**.gov

National Library of Medicine
National Center for Biotechnology Information

⚠️ **The U.S. government does not review or approve the safety and science of all studies listed on this website.**

Read our full disclaimer (https://clinicaltrials.gov/about-site/disclaimer) for details.

 +

**Completed** 

### A Multicenter Observational Study to Evaluate the Effectiveness of Patisiran in Patients With Polyneuropathy of ATTRv Amyloidosis With a V122I or T60A Mutation

**ClinicalTrials.gov ID** ⓘ NCT04201418

**Sponsor** ⓘ Alnylam Pharmaceuticals

**Information provided by** ⓘ Alnylam Pharmaceuticals (Responsible Party)

**Last Update Posted** ⓘ 2022-06-06

# Study Details Tab

## Study Overview

**Brief Summary**

To evaluate the effectiveness of patisiran in patients with ATTRv amyloidosis with polyneuropathy who have a V122I or T60A mutation.

**Official Title**

A Phase 4 Multicenter Observational Study to Evaluate the Effectiveness of Patisiran in Patients With Polyneuropathy of Hereditary Transthyretin-Mediated (ATTRv) Amyloidosis With a V122I or T60A Mutation

**Conditions** ⓘ

Hereditary Transthyretin-mediated (ATTRv) Amyloidosis    Polyneuropathy

**Intervention / Treatment** ⓘ

- Drug: Patisiran

**Other Study ID Numbers** ⓘ

- ALN-TTR02-012

Feedback

**Study Start (Actual)** ⓘ

2019-12-18

**Primary Completion (Actual)** ⓘ

2022-05-24

**Study Completion (Actual)** ⓘ

2022-05-24

**Enrollment (Actual)** ⓘ

67

**Study Type** ⓘ

Observational

---

**Resource links provided by the National Library of Medicine**

MedlinePlus (https://medlineplus.gov/) related topics:  Amyloidosis (https://medlineplus.gov/amyloidosis.html)

Genetic and Rare Diseases Information Center (https://rarediseases.info.nih.gov/gard) resources:
Familial Transthyretin Amyloidosis (https://rarediseases.info.nih.gov/diseases/656/familial-transthyretin-amyloidosis)
Amyloid Neuropathy (https://rarediseases.info.nih.gov/diseases/8708/amyloid-neuropathy)

Drug Information (https://dailymed.nlm.nih.gov/dailymed/) available for:  Patisiran
 (https://dailymed.nlm.nih.gov/dailymed/search.cfm?labeltype=human&query=Patisiran)

FDA Drug and Device Resources (https://clinicaltrials.gov/fda-links)

---

## Contacts and Locations

This section provides the contact details for those conducting the study, and information on where this study is being conducted.

📍 **Lancaster, Pennsylvania, United States, 17602**
   Clinical Trial Site

📍 **Pittsburgh, Pennsylvania, United States, 15212**
   Clinical Trial Site

📍 **Pittsburgh, Pennsylvania, United States, 15232**
   Clinical Trial Site

### Tennessee Locations

📍 **Germantown, Tennessee, United States, 38138**
   Clinical Trial Site

### Texas Locations



A Study to Learn About a Multicenter Observational Study to Evaluate the Effectiveness of Patisiran in Patients with Polyneuropathy of ATT...

## Participation Criteria

Researchers look for people who fit a certain description, called eligibility criteria. Some examples of these criteria are a person's general health condition or prior treatments.

For general information about clinical research, read Learn About Studies (https://clinicaltrials.gov/study-basics/learn-about-studies).

### Eligibility Criteria

**Description**

Inclusion Criteria:

- Diagnosed with ATTRv amyloidosis with polyneuropathy, with a documented V122I or T60A mutation
- PND score of I-IIIB at baseline.
- Exposure to commercial patisiran in one of the 3 cohorts:
  - Prospective Cohort: Naive to patisiran treatment at the time of enrollment with intention to initiate treatment with patisiran.
  - Mixed cohort: Currently on commercial patisiran therapy for less than 12 months at study enrollment.
  - Retrospective cohort: Exposed to commercial patisiran treatment for at least 12 months prior to study enrollment, regardless of current treatment status at enrollment.

Exclusion Criteria:

- New York Heart Association (NYHA) heart failure classification ≥3
- Karnofsky Performance Status (KPS) <60%
- Unstable congestive heart failure (CHF)
- Known primary amyloidosis (AL) or leptomeningeal amyloidosis
- Prior major organ transplant
- Previously received patisiran
- Previous treatment with a TTR silencing therapy

**Study Population**

Participants with ATTRv amyloidosis with polyneuropathy who have a V122I or T60A mutation

**Ages Eligible for Study** ⓘ

18 Years and older (Adult, Older Adult )

**Sexes Eligible for Study** ⓘ

All

**Accepts Healthy Volunteers** ⓘ

No

**Sampling Method**

Non-Probability Sample

## Study Plan

This section provides details of the study plan, including how the study is designed and what the study is measuring.

## How is the study designed?

### Design Details

**Observational Model** ⓘ : Cohort
**Time Perspective:** Prospective

#### Groups and Interventions

| Groups/Cohorts ⓘ | Intervention/Treatment ⓘ |
|---|---|
| **Patisiran Prospective Cohort**<br><br>Patients who are naive to patisiran at study enrollment with the intention to initiate commercial patisiran therapy. | Drug: Patisiran<br><br>• Patisiran-lipid complex injection, for intravenous use<br>• Other Names:<br>　○ ONPATTRO<br>　○ ALN-TTR02 |
| **Patisiran Mixed Cohort**<br><br>Patients who are currently on commercial patisiran therapy for less than 12 months at study enrollment. | Drug: Patisiran<br><br>• Patisiran-lipid complex injection, for intravenous use<br>• Other Names:<br>　○ ONPATTRO<br>　○ ALN-TTR02 |
| **Patisiran Retrospective Cohort**<br><br>Patients who have been on commercial patisiran therapy for at least 12 months prior to study enrollment, regardless of current treatment status at enrollment. | Drug: Patisiran<br><br>• Patisiran-lipid complex injection, for intravenous use<br>• Other Names:<br>　○ ONPATTRO<br>　○ ALN-TTR02 |

## What is the study measuring?

#### Primary Outcome Measures ⓘ

| Outcome Measure | Measure Description | Time Frame |
|---|---|---|
| Percentage of Participants with Stable or Improved Polyneuropathy | PND Scores: Stage 0=No symptoms, Stage 1=Sensory disturbances but preserved walking capability, Stage 2=Impaired walking capacity, but ability to walk without a stick | Baseline, Month 12 |

Disability (PND) Score
at 12 Months Relative
to Baseline

or crutches, Stage 3A/B=Walking with the help of 1 or 2 sticks
or crutches, Stage 4=confined to wheel chair or bedridden.

## Collaborators and Investigators

This is where you will find people and organizations involved with this study.

**Sponsor** ⓘ

**Alnylam Pharmaceuticals**

**Investigators** ⓘ

- Study Director: Medical Director,  Alnylam Pharmaceuticals

## Study Record Dates

These dates track the progress of study record and summary results submissions to ClinicalTrials.gov. Study records and reported results are reviewed by the National Library of Medicine (NLM) to make sure they meet specific quality control standards before being posted on the public website.

| Study Registration Dates |
| --- |
| **First Submitted** ⓘ |
| 2019-12-13 |
| **First Submitted that Met QC Criteria** ⓘ |
| 2019-12-13 |
| **First Posted** ⓘ |
| 2019-12-17 |

| Study Record Updates |
| --- |
| **Last Update Submitted that met QC Criteria** ⓘ |
| 2022-06-03 |
| **Last Update Posted** ⓘ |
| 2022-06-06 |
| **Last Verified** ⓘ |
| 2022-06 |

## More Information

### Terms related to this study

Study: An Open-label, Multicenter, Observational Study to Evaluate the Effectiveness of Revusiran Treatment Outcomes With Polyneuropathy of AT…



**Keywords Provided by Alnylam Pharmaceuticals**

Valine to isoleucine substitution at position 122

V122I

Threonine to alanine substitution at position 60

T60A

Familial Amyloid Polyneuropathies

ATTR

Transthyretin amyloidosis

Transthyretin

Amyloidosis

TTR-mediated Amyloidosis

RNAi therapeutic

FAP

Polyneuropathies

Amyloid neuropathies

Amyloid neuropathies, familial

Amyloidosis, familial

Peripheral nervous system diseases

Nervous system diseases

TTR

Neuromuscular diseases

Proteostasis deficiencies

Metabolic diseases

Heredodegenerative disorders, nervous system

Neurodegenerative diseases

Genetic diseases, inborn

Metabolism, inborn errors

ATTRv

**Additional Relevant MeSH Terms**

Proteostasis Deficiencies

Metabolic Diseases

Peripheral Nervous System Diseases

Neuromuscular Diseases

Nervous System Diseases

Polyneuropathies

Amyloidosis

## Plan for Individual Participant Data (IPD)

**Plan to Share Individual Participant Data (IPD)?**

No

## Drug and device information, study documents, and helpful links

**Studies a U.S. FDA-Regulated Drug Product**

Yes

**Studies a U.S. FDA-Regulated Device Product**

No

**Product Manufactured in and Exported from the U.S.**

No

  

⊕ Back to Results

# ConTTRibute: A Global Observational Study of Patients With Transthyretin (TTR)-Mediated Amyloidosis (ATTR Amyloidosis)

**ENROLLING**

The purpose of this study is to: - Describe epidemiological and clinical characteristics, natural history and real-world clinical management of ATTR amyloidosis patients - Characterize the safety and effectiveness of patisiran as part of routine clinical practice in the real-world clinical setting - Describe disease emergence/progression in pre-symptomatic carriers of a known disease-causing transthyretin (TTR) mutation

## Trial at a Glance

| | |
|---|---|
| Trial ID ⓘ | **ALN-TTR02-013** |
| Condition ⓘ | **Transthyretin Amyloidosis (ATTR)** |
| Drug/Treatment ⓘ | **Patisiran** |
| Does this trial use a placebo? ⓘ | **No** |
| Trial Type ⓘ | **Observational** |
| Number of Participants | **1500 participants** |
| Trial dates | **November 23, 2020 - September 1, 2030** |

⊕ For more information:  NCT04561518

## Who can participate?

👤 **AGE**

**All**

👥 **SEX**

**All**

✚ **ACCEPTS HEALTHY VOLUNTEERS?**

**No**



## Where is the study taking place?



🔍 Search location

La Jolla - La Jolla, San Diego, CA, USA

Los Angeles - Los Angeles, CA, USA

Jacksonville - Jacksonville, FL, USA

Iowa City - Iowa City, IA, USA

Kansas City - Kansas City, KS, USA

Baltimore - Baltimore, MD, USA

Boston - Boston, MA, USA

New York - 59 E 54th St rm 93, New York, NY 10022, USA

Durham - Durham, NC, USA

Columbus - Columbus, OH, USA

Philadelphia - Philadelphia, PA, USA

Austin - Austin, TX, USA

### Alnylam Clinical Trial Information Line

📞 1-877-ALNYLAM

✉️ clinicaltrials@alnylam.com



## Inquire about a clinical trial

Contact Alnylam directly with any questions about our clinical trials.

**CONTACT US ›**



Privacy policy     Legal Notice     Alnylam.com

Copyright © 2024 Alnylam Pharmaceuticals, Inc. — All Rights Reserved
Follow Us: ▶ 𝕏 in ⓘ





ClinicalTrials.gov

 National Library of Medicine
National Center for Biotechnology Information

 ⚠ **The U.S. government does not review or approve the safety and science of all studies listed on this website.**

Read our full disclaimer (https://clinicaltrials.gov/about-site/disclaimer) for details.

**+**

`Recruiting` ⓘ

### ConTTRibute: A Global Observational Study of Patients With Transthyretin (TTR)-Mediated Amyloidosis (ATTR Amyloidosis) (ConTTRibute)

**ClinicalTrials.gov ID** ⓘ  NCT04561518

**Sponsor** ⓘ  Alnylam Pharmaceuticals

**Information provided by** ⓘ  Alnylam Pharmaceuticals (Responsible Party)

**Last Update Posted** ⓘ  2024-11-13

# Study Details Tab

## Study Overview

**Brief Summary**

The purpose of this study is to:

- Describe epidemiological and clinical characteristics, natural history and real-world clinical management of ATTR amyloidosis patients
- Characterize the safety and effectiveness of patisiran and vutrisiran as part of routine clinical practice in the real-world clinical setting
- Describe disease emergence/progression in pre-symptomatic carriers of a known disease-causing transthyretin (TTR) variant

**Official Title**

ConTTRibute: A Global Observational Multicenter Long-Term Study of Patients With Transthyretin (TTR)-Mediated Amyloidosis (ATTR Amyloidosis)

**Conditions** ⓘ

`Transthyretin-Mediated Amyloidosis`  `ATTR Amyloidosis`

**Other Study ID Numbers** ⓘ

- ALN-TTR02-013

**Study Start (Actual)** ⓘ

2020-11-23

**Primary Completion (Estimated)** ⓘ

2030-09-01

**Study Completion (Estimated)** ⓘ

2030-09-01

**Enrollment (Estimated)** ⓘ

1500

## Study Type ⓘ

Observational

| Resource links provided by the National Library of Medicine |
| --- |
| MedlinePlus (https://medlineplus.gov/) related topics: Amyloidosis (https://medlineplus.gov/amyloidosis.html) |
| Genetic and Rare Diseases Information Center (https://rarediseases.info.nih.gov/gard) resources: Familial Transthyretin Amyloidosis (https://rarediseases.info.nih.gov/diseases/656/familial-transthyretin-amyloidosis) Amyloid Neuropathy (https://rarediseases.info.nih.gov/diseases/8708/amyloid-neuropathy) |
| FDA Drug and Device Resources (https://clinicaltrials.gov/fda-links) |

## Contacts and Locations

This section provides the contact details for those conducting the study, and information on where this study is being conducted.

### Study Contact ⓘ

**Name:** Alnylam Clinical Trial Information Line
**Phone Number:**
1-877-ALNYLAM
**Email:** clinicaltrials@alnylam.com

### Study Contact Backup

**Name:** Alnylam Clinical Trial Information Line
**Phone Number:**
1-877-256-9526
**Email:** clinicaltrials@alnylam.com

#### Pennsylvania Locations

📍 Philadelphia, Pennsylvania, United States, 19104
**Recruiting**
Clinical Trial Site

#### Texas Locations

📍 Austin, Texas, United States, 78756
**Recruiting**
Clinical Trial Site

📍 Houston, Texas, United States, 77030
**Recruiting**
Clinical Trial Site



## Participation Criteria

Researchers look for people who fit a certain description, called eligibility criteria. Some examples of these criteria are a person's general health condition or prior treatments.

For general information about clinical research, read Learn About Studies (https://clinicaltrials.gov/study-basics/learn-about-studies).

## Eligibility Criteria

### Description

Inclusion Criteria:

- Diagnosis of ATTR amyloidosis or documented known disease-causing TTR variant for the cohort of pre-symptomatic carriers
- Germany Only: Patients must be treated per the summary of product characteristics (SmPC) for any approved treatment for ATTR amyloidosis

Exclusion Criteria:

- Current enrollment in a clinical trial for any investigational agent

### Study Population

Patients with a diagnosis of ATTR amyloidosis, hereditary or wild type, and pre-symptomatic carriers with a known disease-causing TTR variant will be eligible for the study.

### Ages Eligible for Study ⓘ

(Child,  Adult,  Older Adult )

### Sexes Eligible for Study ⓘ

All

### Accepts Healthy Volunteers ⓘ

No

### Sampling Method

Non-Probability Sample

## Study Plan

This section provides details of the study plan, including how the study is designed and what the study is measuring.

### How is the study designed?

#### Design Details

**Observational Model** ⓘ **:** Cohort
**Time Perspective:** Prospective

Study: Identify and Characterize a Global Cohort of Patients with Transthyretin-mediated Amyloidosis (ATTR Am...

Groups and Interventions

## Groups/Cohorts ℹ️

**Patients with ATTR amyloidosis**

Patients with a diagnosis of ATTR amyloidosis, hereditary or wild type, will be eligible for the study and will follow routine clinical care.

**Pre-symptomatic Carriers**

Pre-symptomatic carriers with a known disease-causing TTR variant will be eligible for the study and will follow routine clinical care.

## What is the study measuring?

Primary Outcome Measures ℹ️

| Outcome Measure | Measure Description | Time Frame |
|---|---|---|
| Incidence of Adverse Events | | From time of enrollment for up to 10 years |
| Selected Events of Interest in Patients with Hereditary Transthyretin-mediated (hATTR) Amyloidosis (ATTRv Amyloidosis) | Selected events of interest are defined as hepatic events, cardiovascular events, renal events, ocular events and infusion-related reactions, hypersensitivity, and other events in patients diagnosed with hATTR amyloidosis. | From 1 year prior to enrollment for up to 10 years |
| Health Care Provider (HCP)-Assessed Polyneuropathy (PND) Disability Score | PND Scores: Stage 0=No symptoms; Stage I=Sensory disturbances but preserved walking capabilities; Stage II=Impaired walking capacity, but ability to walk without a stick or crutches; Stage IIIA=Walking with help of 1 stick or crutch; Stage IIIB=Walking with the help of 2 sticks or crutches; Stage IV=confined to wheel chair or bedridden. | Up to 11 years |
| HCP-Assessed Familial Amyloidotic Polyneuropathy (FAP) Score | FAP Scores: Stage 0=No symptoms; Stage I=Unimpaired ambulation; mostly mild sensory, motor and autonomic neuropathy in the lower limbs; Stage II=Assistance with ambulation required, mostly moderate impairment progression to the lower limbs, upper limbs, and trunk; Stage III=Wheelchair-bound or bedridden; severe sensory, motor, and autonomic involvement of all limbs. | Up to 11 years |
| HCP-Assessed Neuropathy Impairment Score (NIS) | NIS : 74 items, assess muscle weakness, reflexes and sensation; scored separately for left, right limbs (37 items for each side). Components of muscle weakness (hip and knee flexion, hip and knee | Up to 11 years |

| | extension, ankle dorsiflexors, ankle plantar flexors, toe extensors, toe flexors) scored on scale 0 (normal) to 4 (paralysis), higher score=greater weakness. Components of reflexes (quadriceps femoris, triceps surae) and sensation (touch pressure, pin-prick, vibration, joint position) scored 0 = normal, 1= decreased, or 2 = absent. Total possible NIS score range 0-244, higher score=greater impairment. | |
|---|---|---|
| HCP-Assessed Cardiomyopathy | Cardiomyopathy will be assessed using New York Heart Association (NYHA) Class: I=No symptoms; II=Symptoms with ordinary physical activity; III=Symptoms with less than ordinary physical activity; IV=Symptoms at rest. | Up to 11 years |
| HCP- Assessed Cardiopulmonary Exercise Testing (CPET) Performance | | Up to 11 years |
| Norfolk Quality of Life - Diabetic Neuropathy (QOL-DN) Total Score | Norfolk-QoL-DN: The Norfolk QOL-DN questionnaire is a standardized 35-item patient-reported outcomes measure that assesses 6 domains: physical function, large-fiber neuropathy, activities of daily living, symptoms, small-fiber neuropathy, and autonomic neuropathy. The total score ranges from -4 points (best possible quality of life) to 136 points (worst possible quality of life). | Up to 11 years |
| Kansas City Cardiomyopathy Questionnaire (KCCQ) | The KCCQ is a 23-item self-administered questionnaire developed to independently measure the patient's perception of health status, which includes heart failure symptoms, impact on physical and social function, and how their heart failure impacts their quality of life within a 2-week recall period. The KCCQ quantifies 6 domains (symptoms, physical function, quality of life, social limitation, self-efficacy, and symptom stability) and 2 summary scores (clinical and overall summary [OS] scores). | Up to 11 years |
| Rasch-built Overall Disability Scale (R-ODS) | The R-ODS is a 24-item self-administered questionnaire for assessment of the disability a patient experiences. It uses a linearly weighted categorical rating scale that specifically captures domains of activity and social participation limitations in patients. | Up to 11 years |

## Collaborators and Investigators

This is where you will find people and organizations involved with this study.

**Sponsor** ⓘ

**Alnylam Pharmaceuticals**

**Investigators** ⓘ

Study: A Study to Evaluate Vutrisiran in Patients With Transthyretin Amyloidosis (ATTR Am...

- Study Director: Medical Director,  Alnylam Pharmaceuticals

## Study Record Dates

These dates track the progress of study record and summary results submissions to ClinicalTrials.gov. Study records and reported results are reviewed by the National Library of Medicine (NLM) to make sure they meet specific quality control standards before being posted on the public website.

### Study Registration Dates

**First Submitted** ⓘ

2020-09-18

**First Submitted that Met QC Criteria** ⓘ

2020-09-18

**First Posted** ⓘ

2020-09-23

### Study Record Updates

**Last Update Submitted that met QC Criteria** ⓘ

2024-11-12

**Last Update Posted** ⓘ

2024-11-13

**Last Verified** ⓘ

2024-11

## More Information

### Terms related to this study

**Keywords Provided by Alnylam Pharmaceuticals**

RNAi therapeutic

Transthyretin

TTR

Amyloidosis

Hereditary Transthyretin-mediated (hATTR) Amyloidosis

hATTR amyloidosis

Hereditary ATTR amyloidosis

Wild-type amyloidosis

wtATTR amyloidosis

ATTRv amyloidosis

ATTRwt amyloidosis

Polyneuropathy

Familial amyloid polyneuropathies

ATTR

Transthyretin amyloidosis

TTR-mediated amyloidosis

Polyneuropathies

Amyloid neuropathies
Amyloid neuropathies, familial
Amyloidosis, familial

**Additional Relevant MeSH Terms**

Proteostasis Deficiencies
Metabolic Diseases
Amyloidosis

## Plan for Individual Participant Data (IPD)

**Plan to Share Individual Participant Data (IPD)?**

No

## Drug and device information, study documents, and helpful links

**Studies a U.S. FDA-Regulated Drug Product**

No

**Studies a U.S. FDA-Regulated Device Product**

No



☰                                                                              🔍

[⊕ Back to Results](#)

# Zilebesiran as Add-on Therapy in Patients With High Cardiovascular Risk and Hypertension Not Adequately Controlled by Standard of Care Antihypertensive Medications (KARDIA-3)

**ENROLLING**

The purpose of this study is to evaluate the effect of zilebesiran as add-on therapy in patients with high cardiovascular risk and hypertension not adequately controlled by standard of care antihypertensive medications.

## Trial at a Glance

| | |
|---|---|
| Trial ID ⓘ | **ALN-AGT01-007** |
| Condition ⓘ | **Hypertension, High Cardiovascular Risk** |
| Drug/Treatment ⓘ | **Placebo, Zilebesiran** |
| Does this trial use a placebo? ⓘ | **Yes** |
| Trial Type ⓘ | **Interventional** |
| Number of Participants | **390 participants** |
| Trial dates | **February 29, 2024 - December 19, 2025** |

⊙ For more information: [NCT06272487](#)

## Who can participate?



👤 **AGE**

**18+ Years**

⚥ **SEX**

**All**

✚ **ACCEPTS HEALTHY VOLUNTEERS?**

**No**

Alnylam - A Nved Theroit

## Where is the study taking place?

Search location

Houston - Houston, TX, USA
San Antonio - 2455 NE Interstate 410 Loop #150, San Antonio, TX 78217, USA
Shenandoah - Shenandoah, TX, USA
Pembroke Pines - Pembroke Pines, FL, USA
Sherman - Sherman, TX, USA
Splendora - Splendora, TX, USA
Stephenville - Stephenville, TX 76401, USA
Tomball - Tomball, TX, USA
Orlando - Orlando, FL, USA
Daytona Beach - Daytona Beach, FL, USA
Jacksonville - Jacksonville, FL, USA
Roseville - Roseville, MI 48066, USA
Ypsilanti - Ypsilanti, MI, USA



### Alnylam Clinical Trial Information Line

📞 1-877-ALNYLAM
✉ clinicaltrials@alnylam.com

## Inquire about a clinical trial

Contact Alnylam directly with any questions about our clinical trials.

**CONTACT US ›**



Privacy policy        Legal Notice        Alnylam.com

Copyright © 2024 Alnylam Pharmaceuticals, Inc. — All Rights Reserved

Follow Us:



 

Alnylam - ALNBCAT-001

[← Back to Results](#)

# A Study to Evaluate ALN-BCAT in Patients With Hepatocellular Carcinoma

`ENROLLING`

The purpose of the dose escalation part of the study is to characterize the safety and tolerability of ALN-BCAT as monotherapy and in combination with pembrolizumab; and to determine the recommended dose(s) for expansion (RDFE) of ALN-BCAT as monotherapy and in combination with pembrolizumab. The purpose of the dose expansion part of the of the study is to evaluate the antitumor activity of ALN-BCAT as monotherapy and in combination with pembrolizumab; to characterize the safety and tolerability of ALN-BCAT as monotherapy and in combination with pembrolizumab.

## Trial at a Glance

| | |
|---|---|
| Trial ID ⓘ | **ALN-BCAT-001** |
| Condition ⓘ | **Advanced Hepatocellular Carcinoma, Metastatic Hepatocellular Carcinoma** |
| Drug/Treatment ⓘ | **ALN-BCAT, Pembrolizumab** |
| Does this trial use a placebo? ⓘ | **No** |
| Trial Type ⓘ | **Interventional** |
| Number of Participants | **158 participants** |
| Trial dates | **November 30, 2024 - October 31, 2027** |

→ For more information:  [NCT06600321](#)

## Who can participate?

> **👤 AGE**
>
> ## 18+ Years



# Where is the study taking place?

Search location 🔍

**United States**

Houston - Houston, TX, USA

San Antonio - 2455 NE Interstate 410 Loop #150, San Antonio, TX 78217, USA



**Alnylam Clinical Trial Information Line**

📞 1-877-ALNYLAM

✉ clinicaltrials@alnylam.com

## Inquire about a clinical trial

Contact Alnylam directly with any questions about our clinical trials.

CONTACT US ›



Privacy policy      Legal Notice      Alnylam.com

Copyright © 2024 Alnylam Pharmaceuticals, Inc. — All Rights Reserved
Follow Us:

