# EXHIBIT G

## Contact

www.linkedin.com/in/ericgreen96 (LinkedIn)

## Top Skills

Biotechnology
Pharmaceutical Industry
Technology Transfer

# Eric Green

Experienced Executive Leader in Global Biopharma Organizations
Lexington, Massachusetts, United States

## Summary

Accomplished biopharmaceutical executive motivated by leading teams and organizations to discover, develop and commercialize important products for patients.  Experience spans rare and ultra-rare genetic diseases, oncology and prevalent diseases. Nearly twenty-five years of diverse experience spanning R&D process engineering, pharmaceutical manufacturing and operations, medical device product development, oncology program management, global strategic brand leadership, portfolio management, and global general management.  Twelve-plus years leading global teams within multiple small, rapidly growing, global biopharma companies.

---

## Experience

**Seaport Therapeutics**
Chief Operating Officer
May 2024 - Present (10 months)
Boston, Massachusetts, United States

Seaport is advancing a clinical-stage pipeline of novel neuropsychiatric medicines powered by its proprietary Glyph Technology Platform, which leverages the lymphatic system to create new medicines building on clinically validated mechanisms.

Responsible for implementing strategies to support the growth and development of the company's pipeline across the organization.

**American Heart Association**
Volunteer Leader: Chairperson for the Heart of Boston Campaign
November 2023 - May 2024 (7 months)
Greater Boston

I am honored to be the chair for this year's Heart of Boston campaign as the American Heart Association celebrates its centennial year and enters its second century.

Alnylam Pharmaceuticals
9 years 4 months

### Senior Vice President, Head of Development Programs
February 2021 - April 2024 (3 years 3 months)
Cambridge, Massachusetts, United States

Responsible for the global development and pre-commercialization activities of a portfolio of RNAi therapeutics for the treatment of various rare, specialty and prevalent diseases. Responsibility for programs from declaration of a development candidate through initial global regulatory filing(s) for approval. Current portfolio includes four clinical stage programs, six preclinical programs and expecting 2 – 4 new INDs/CTAs per year.

### Senior Vice President, General Manager, TTR Franchise
February 2019 - January 2021 (2 years)
Cambridge, MA

General Manager responsible for the global development and commercialization of two RNAi therapeutics for the treatment of ATTR amyloidosis. Responsible for oversight, management and leadership of entire TTR franchise, with global program budget of >$200M and global revenue $165M in first year of launch, positively impacting >1,000 patients around the world.

### Vice President, General Manager, TTR Program
January 2015 - January 2019 (4 years 1 month)
Cambridge, MA

Synageva BioPharma Corp.
Vice President, Program and Alliance Management
August 2012 - December 2014 (2 years 5 months)
Lexington, MA

• Program Leader for company's lead compound being developed as an enzyme replacement therapy for an ultra-orphan genetic disease.
• Built program management group, instituted Product Core Team structure across entire portfolio, as well as other program management processes and tools.
• Responsible for building and driving strategic relationships with external partners.

Infinity Pharmaceuticals
Senior Director, Product Development and Program Management
April 2011 - August 2012 (1 year 5 months)

Cambridge, MA

Product Development Team leader for mid-stage oncology program (NSCLC), as well as setting up a program management function across the portfolio.

### Genzyme Transplant & Oncology
7 years 11 months

#### Senior Director, Global Brand Leader
July 2010 - April 2011 (10 months)
Cambridge, MA

Global brand leader for two commercial oncology products with combined global revenues of ~$150M; one an antibody approved in 66 countries and the other a small-molecule cytotoxic with multiple formulations approved in 85+ countries.

#### Senior Director, Program Management
February 2009 - July 2010 (1 year 6 months)
Cambridge, MA

Managed program operations for the global development and commercialization of a chemotherapy agent approved for leukemia with global revenue of ~$100M and a $30M R&D budget. Led product and market development by coordinating with Clinical Research, Regulatory Affairs, Commercial (Sales, Marketing, Market Research), Medical Affairs, Finance and Operations.

#### Associate Director to Director, Program Management
September 2005 - February 2009 (3 years 6 months)
Cambridge, MA

#### QA Manager, Design Control
June 2003 - August 2005 (2 years 3 months)
Cambridge, MA

### Pfizer
#### Automation Engineer
September 1999 - May 2001 (1 year 9 months)
Holland, MI

### Amway
#### Process Engineer
June 1996 - September 1999 (3 years 4 months)

―――――

## Education

### Massachusetts Institute of Technology
MBA, SM, Business, Chemical Engineering · (2001 - 2003)

### University of Michigan
BSE, Chemical Engineering · (1992 - 1996)

### Harvard Business School
Executive Education: Leadership and Strategy in Pharma and Biotech  · (2012 - 2012)

## Contact

www.linkedin.com/in/rena-nassr-denoncourt-61033 (LinkedIn)

## Top Skills

Biotechnology
Business Development
Licensing

# Rena Nassr Denoncourt

Seasoned biotech leader working to bring transformative innovations to patients
Cambridge, Massachusetts, United States

## Experience

Stealth NewCo
Chief Operating Officer
September 2024 - Present (6 months)
Boston, Massachusetts, United States

Chief
Member, Chief
November 2023 - November 2024 (1 year 1 month)

Alnylam Pharmaceuticals
17 years 2 months

Vice President, TTR Franchise Global Development Lead
January 2024 - July 2024 (7 months)

Vice President, TTR Franchise Lead
May 2021 - January 2024 (2 years 9 months)

Vice President, Vutrisiran Program Leader
February 2021 - May 2021 (4 months)

Senior Director, Vutrisiran Program Leader
April 2018 - January 2021 (2 years 10 months)

Director, Market Access
January 2016 - March 2018 (2 years 3 months)

Associate Director, Commercial
April 2014 - December 2015 (1 year 9 months)

Associate Director, Business Planning and Program Management
June 2011 - March 2014 (2 years 10 months)

Senior Manager, Business Planning and Program Management
June 2010 - May 2011 (1 year)

Page 1 of 3

Manager, Business Planning and Program Management
June 2007 - May 2010 (3 years)

Genzyme Corporation
Business Development Intern
June 2006 - August 2006 (3 months)

Whitehead Institute for Biomedical Research
Patent and Licensing Associate
March 2003 - January 2006 (2 years 11 months)

# Negotiate and execute material transfer, confidential disclosure, and joint invention agreements.
# Evaluate invention disclosures, licensing opportunities, and patent prosecution / maintenance strategies.
# Facilitate scientific advancement through sponsored research and corporate collaborations.
# Asses the commercialization potential of in-house technology and assist in securing funds for biotech start-ups.

Decision Resources
Analyst
June 2001 - March 2003 (1 year 10 months)

# Managed a portfolio of high-value business and market intelligence reports serving a global audience of senior biotechnology and pharmaceutical executives.
# Identified key strategic planning issues and market trends in the diagnostics arena.
# Analyzed and reported physicians# off-label prescribing practices of CNS drugs, based on primary research.
# Undertook additional responsibilities with interdepartmental partnerships, such as consulting engagements.
# Strategy analysis for a start-up biotechnology company assessing market potential for their technology.
# New product decision-analysis modeling with major pharma to identify primary indication for new compound.

---

## Education

MIT Sloan School of Management
MBA  · (2005 - 2007)

Massachusetts Institute of Technology

Bachelor's Degree, Biology · (1997 - 2001)