UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| The Board Of Regents Of The University Of Texas System, § § § | | |
| *Plaintiff,* § | NO: AU:24-CV-01524-DAE | |
| vs. § § | | |
| Alnylam Pharmaceuticals Inc., et al. § | | |
| *Defendants*. | | |

## LIMITED ORDER OF REFERRAL

Before the Court is the status of this case. The parties have submitted constested scheduling recommendations (dkt no. 31). This cause is referred to the Honorable Mark Lane, United States Magistrate Judge, to meet with all parties in this case to discuss scheduling deadlines and to enter a scheduling order to control this case.

IT IS SO ORDERED.

DATED: Austin, Texas, April 03, 2025.

_____
DAVID ALAN EZRA
SENIOR U.S. DISTRICT JUDGE