**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **THE BOARD OF REGENTS OF THE** | § | |
| **UNIVERSITY OF TEXAS SYSTEM,** | § | |
| **Plaintiff,** | § | |
| **v.** | § | |
| | § | **A-24-CV-1524-DAE** |
| **ALNYLAM PHARMACEUTICALS** | § | |
| **INC. AND ALNYLAM U.S., INC.,** | § | |
| **Defendants.** | § | |

## ORDER SETTING HEARING

The court **SETS** the Parties' Proposed Joint Scheduling Order (Dkt. 31) for hearing at **9:30 a.m. on April 23, 2025**, in Courtroom Eight on the seventh floor of the Federal Courthouse located at **501 W. 5th Street, Austin, Texas 78701.**

The court further **ORDERS** the parties to participate in a meet and confer to attempt to resolve their scheduling disagreements without court intervention and to file a joint notice no later than April 21, 2025, at 12 p.m., identifying the issues that have been resolved and the remaining outstanding issues.[1]

SIGNED April 8, 2025.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE

---

[1] The meet and confer must take place over telephone, videoconference, or in person. It may not occur through e-mail communication.