# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| THE BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM<br><br>Plaintiff,<br><br>vs.<br><br>ALNYLAM PHARMACEUTICALS INC. AND ALNYLAM U.S., INC.<br><br>Defendants | Civil Action No. 1:24-cv-1524-DAE<br><br>JURY TRIAL DEMANDED |

## JOINT NOTICE REGARDING SCHEDULING ORDER

Pursuant to the Court's Order Setting Hearing (Dkt. 33), the parties submit this Joint Notice. The parties met-and-conferred over videoconference on April 14, 2025. The parties resolved a dispute related to claim-construction briefing (specifically, the ability to file a sur-reply brief). The parties, however, were unable to resolve a dispute about the setting of the claim-construction hearing. In addition, the parties were unable to resolve a threshold dispute related to entry of the schedule and opening of discovery prior to the Court's resolution of Defendants' Motion to Dismiss for Improper Venue or in the Alternative Transfer Under Rule 12(b)(3) (Dkt. 21). An updated Proposed Scheduling Order reflecting these changes is attached to this Joint Notice.

Dated: April 21, 2025

McKool Smith, P.C.

/s/ *Christian J. Hurt*
Christian J. Hurt
Texas Bar No. 24059987
churt@mckoolsmith.com
300 Crescent Court, Suite 1200
Dallas, TX 75201
Telephone: (214) 978-4060
Telecopier: (214) 978-4044

1

Jamie Levien *(Admitted to W.D. Tex.)*
New York Bar No. 6161970
jlevien@mckoolsmith.com
**MCKOOL SMITH, P.C.**
1717 K Street NW, Suite 1000
Washington, DC 20006
Telephone: 202-370-8300
Telecopier: 202-370-8344

Jennifer Truelove
Texas Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street, Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Telecopier: (903) 923-9099

Saif Askar *(Admission Pending)*
New York Bar No. 5833181
saskar@mckoolsmith.com
**MCKOOL SMITH, P.C.**
600 Travis Street, Suite 7000
Houston, Texas 77002
Telephone: (713) 485-7300
Telecopier: (713) 485-7344

*ATTORNEYS FOR PLAINTIFF THE BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM*

**MCDERMOTT WILL & EMERY LLP**

*/s/ Samoneh Schickel*
Samoneh Schickel
Texas Bar No. 24097911
McDermott Will & Emery LLP
300 Colorado Street, Suite 2200
Austin, TX 78701
Tel.: (512) 726-2600
Fax: (512) 532-0002

William G. Gaede, III (Admitted Pro Hac Vice)
McDermott Will & Emery LLP
415 Mission Street, Suite 5600
San Francisco, CA 94105 (650) 815-7400

Sarah Chapin Columbia (Admitted Pro Hac Vice)
Sarah J. Fischer (Admitted Pro Hac Vice)
McDermott Will & Emery LLP
200 Clarendon Street, Floor 58
Boston, MA 02116-5021
(617) 535-4000

Mandy H. Kim (Admitted Pro Hac Vice)
McDermott Will & Emery LLP
18585 Jamboree Road, Suite 250
Irvine, CA 92612-2565
(949) 757-6061

*ATTORNEYS FOR DEFENDANTS ALNYLAM PHARMACEUTICALS INC. AND ALNYLAM U.S., INC.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on April 21, 2025.

/s/ *Christian Hurt*
Christian Hurt