**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **THE BOARD OF REGENTS OF THE** | § | |
| **UNIVERSITY OF TEXAS SYSTEM,** | § | |
| **Plaintiff,** | § | |
| **v.** | § | |
| | § | **A-24-CV-1524-DAE** |
| **ALNYLAM PHARMACEUTICALS** | § | |
| **INC. AND ALNYLAM U.S., INC.,** | § | |
| **Defendants.** | § | |

## ORDER SETTING HEARING

Before the court are Defendants' Motion to Stay Discovery Pending Resolution of its Motion to Dismiss and/or Transfer (Dkt. 38), Defendants' Motion for Protective Order on Depositions and Discovery Requests (Dkt. 50), and all related briefing.[1]

The court **SETS** these motions for a hearing conducted electronically over Zoom at **10:00 a.m. on July 1, 2025.** Instructions for joining the hearing will be provided to the named attorneys via email prior to the hearing.

SIGNED June 12, 2025.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE

---

[1] These motions were referred by Senior United States District Judge David A. Ezra to the undersigned for resolution pursuant to 28 U.S.C. § 636(b), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. *See* Text Orders dated April 30, 2025 and June 6, 2025.