IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| THE BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM<br><br>Plaintiff,<br><br>vs.<br><br>ALNYLAM PHARMACEUTICALS INC. AND ALNYLAM U.S., INC.<br><br>Defendants | Civil Action No. 1:24-cv-1524-DAE<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE
INEQUITABLE CONDUCT ALLEGATIONS**

Before the Court is Plaintiff's Motion to Strike Inequitable Conduct Allegations. The Court, having reviewed and considered the Motion, and responses hereby GRANTS the Motion and Strikes the entirety of Defendants' Third Defense – Inequitable Conduct (Dkt. 58 at 5–12) with prejudice.

SIGNED this _____ day of _____ 2025.

_____
UNITED STATES DISTRICT JUDGE